CC: filer, DKW

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 6 2025  RR

at 2 o'clock and 00 min. P M
Lucy H. Carrillo, Clerk

DONALD S. GREER
2403 Hulemalu Rd.
PO Box 583
Lihue, Hawaii 96766
Telephone:  808 278 0344
Email:  Don1retired@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DONALD S. GREER  Ph D ) | |
| ) | |
| Plaintiff, Pro se ) | |
| ) | **CIVIL ACTION No.** |
| vs. ) | |
| ) | **CV 25   00296** DKW WRP |
| ) | |
| ) | **COMPLAINT** |
| ) | |
| COUNTY OF KAUA'I ) | |
| ) | |
| HAWAII PACIFIC HEALTH ) | |
| ) | |
| HAWAII HEALTH SYSTEMS ) | |
| CORPORATION ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

1

Mailed on
Date 7/17/2025

## PREFACE

1.     Plaintiff, Dr Greer, continues his fight for justice.

2.     Referencing Court Cases:

       5CCV-21-0000059

       22-00286-LEK-WRP

       20-00299-JMS-RT

3.     The criminal issues of all Complaints have not been discussed or adjudicated. The Federal cases were dismissed on technical issues. The State Court did not state a reason for its decision to dismiss.

4.     Dr Greer discovered on March 22, 2025 that he was forcibly sterilized in secret (fraudulently concealed) because of discriminatory eugenic belief that the child Dr Greer was an imbecile, disabled with Polio and should not breed.

5.     Dr Greer was reviewing medical papers on the internet, trying to put the pieces together and figure out the Why and What Happened, when by chance, he came across a medical paper on forced sterilization. Dr Greer had never heard of forced sterilization conducted in California on children (when Dr Greer was a child in California).

6.     Dr Greer has never previously pleaded fraudulently concealed forced

sterilization because he did not know. Dr Greer has reason: Dr Greer studied

engineering, science, and math in college (not crime and medicine); Dr Greer

experienced a traumatic brain injury and is diagnosed with dementia and aphasia

that limits his mental ability to reason.

7.      Dr Greer was unaware of forced childhood sterilizations in California (or

anywhere in the US) and failed to reason that violating Physician fiduciary duties

by concealing a correctable varicocele causing testicular disability (atrophy and

sterility) is fraudulently concealed forced childhood sterilization.

8.      Defendants knew of Dr Greer's fraudulently concealed forced childhood

sterilization and with deliberate indifference and malice conspired to continue the

forced sterilization of Dr Greer as an adult. Defendants are experts in crime and

medicine. Defendants HPH and HHSC had a fiduciary responsibility to act in Dr

Greer's best interest and Defendant CoK had a Fourteenth Amendment

requirement to 'Serve and Protect' providing equal justice within the State.

9.      Defendants have been fraudulently concealing the forced sterilization of Dr

Greer because of discriminatory eugenic belief that he is an imbecile disabled with

polio and should not breed since he arrived of Kauai in 2002.

10.     The crime of forced sterilization of Dr Greer is reversible, but continues

today, as forced elder sterilization (Elder Abuse).

## Table of Contains

PERFACE                                                                     2

INTRODUCTION                                                                6

JURISDICTION AND VENUE                                                     15

PARTIES                                                                    16

FACTS                                                                      18

*Dr Greer is Disabled with Multiple Disabilities*                          *18*

*California - Prior to year 2002 (Before Moving to Hawaii)*                 *24*

*Eugenic Beliefs*                                                           *32*
*Motive and Reason for Childhood Forced Sterilization*

*Moving to Hawaii to Discovering the Varicocele*                           *40*
*Between 2002 and November 27, 2018*

*Discovering the Varicocele*                                               *49*
*November 27, 2018*

*HPH Dr Fitzgerald prescribes tamsulosin & radiation*                      *50*
 *to prevent surgical testicular recovery after varicocele surgery*

*Severe Adverse Tamsulosin Reaction (SATR)*                                *61*

*Unexplained Medical Anomalies*                                            *74*

*Forced Sterilization is On-Going Today*                                   *83*

*Enters Defendant County of Kauai (CoK)*                                   *95*

*Eugenic Beliefs - Motive and Reason for CoK actions*                      *116*

FIRST CAUSE OF ACTION                                                      121
TITLE II OF THE AMERICANS WITH DISABILITES ACT (ADA)
As to Defendant County of Kauai (CoK)


SECOND CAUSE OF ACTION                                                     126
TITLE III OF THE AMERICANS WITH DISABILITES ACT (ADA)
As to Defendant Hawaii Pacific Health (HPH)


THIRD CAUSE OF ACTION                                                      132
SECTION 504 OF THE REHABILITATION ACT (RA)
As to all Defendants


FORTH CAUSE OF ACTION                                                      140
PATIENT PROTECTION AND AFFORDABLE CARE ACT (ACA)
As to all Defendants


FIFTH CAUSE OF ACTION                                                      149
Violation of the Fourteenth Amendment of the United States Constitution
As to Defendant County of Kauai (CoK)

SIXTH CAUSE OF ACTION                                                        152

Violation of 42 U.S.C. § 1985(3)  (Conspiracy to Deprive Rights)

As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)


SEVENTH CAUSE OF ACTION                                                      158

Violation of 42 U.S.C. § 1986 (Failure to Prevent a Conspiracy to Deprive Rights)

As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)


STATE OF HAWAII CLAIMS


EIGHT CAUSE OF ACTION                                                        160

Assault in the first degree (HI Rev Stat § 707-710)

As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)


NINTH CAUSE OF ACTION                                                        163

Hawaii Discrimination in Public Accommodations (HRS §489)

As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)


PRAYER FOR RELIEF                                                            164


JURY DEMAND                                                                  169

## INTRODUCTION

11.    Dr Greer brings this action against Defendants, County of Kauai (CoK),

Hawaii Pacific Health (HPH), and Hawaii Health Systems Corporation (HHSC) for

redress of discriminatory treatment of fraudulently concealed childhood forced sterilization that continues **Today** as forced sterilization of an elder and conspiracy against the civil right against forced sterilization (reproductive rights). The sterilization is reversible by correctable varicocoele surgery. Defendants HPH and HHSC have refused to reverse the sterilization. Defendant CoK has refused its services to 'Serve and Protect' and equally enforce the laws. Forced sterilization is, among other things, felony assault (the loss of a body part – testicles and bodily damage due to chemical prescription poisoning by tamsulosin).

12.    The Complaint addresses the time period between 2002 to present (Dr Greer's time on Kauai), however, the Complaint facts include the time period between 1957 to present, spanning over 5 decades.

13.    Dr Greer caught polio at the age of 4 (1957). Dr Greer lost a third to a half of his motor nerves throughout his body due to Polio and was partially paralyzed at childhood. Polio attacks and kills motor neurons, leaving the victim unable to contract (move) both voluntary and involuntary muscles. Most polio victims that succumb to the disease die from respiratory failure, as respiratory nerves fail.

14.    Dr Greer developed varicoceles at puberty at age 13 (1966). The varicoceles prevented his left testicle from developing, causing testicular disability (atrophy, sterility, and pain). Varicoceles are distorted testicular veins (with vein valve

damage, allowing for backflow of blood) similar to varicose veins. Varicoceles are known to prevent testicles from developing at puberty, a major cause of male infertility, and testicular pain. Varicocele corrective surgery has been available since the 1950's. Varicocele corrective surgery is better than 80 percent effective in reversing testicular atrophy, restoring fertility, and relieving testicular pain.

15.    In 1966, Kaiser Permanente in California (KPcal) Physicians falsely diagnosed Dr Greer's testicular disability (atrophy, sterility, and pain) to be caused by nerve damage from polio and untreatable with the exception of removal of the testicle.

16.    Dr Greer, at the age of 13, made a choice to live with his testicular disability and testicular pain.

17.    KPcal Physicians knew the true cause was a correctable varicocele. Varicoceles are the Number-One cause of testicular disability occurring at puberty. There are No reported cases of polio causing testicular disability as polio does not attack body organs except nerves which in turn affect muscles.

18.    KPcal Physicians knew Dr Greer's left testicle was sterile and thought his right testicle was sterile as well because he had both left and right varicoceles as varicoceles often cause sterility without atrophy. [Later, HPH and HPH Dr Fitzgerald would prescribe a testicular poison, tamsulosin, which completed the

forced sterilization of Dr Greer's right testicle within two months after he
discovers the varicocele.]

19.    Between 1966 and 2002 a conspiracy began in California to deprive Dr
Greer of his fundamental human right against forced sterilization because of
discriminatory eugenic belief that he is an imbecile disabled with polio and should
not breed. The conspiracy included KPcal, private Physicians, NASA Physicians
(contractors), and US Government Physicians.

20.    The conspiracy and the fraudulent KPcal diagnosis of left testicle sterility
due to nerve damage from polio continued from Physician to Physician, for 52
years (from 1966 to 2018).

21.    Dr Greer moved to Hawaii in 2002.

22.    In 2002, Dr Greer was unaware of his fraudulently concealed forced
sterilized left testicle and both left and right varicoceles.

23.    HHSC Dr O'Neill and HHSC Dr Dupree were Dr Greer's primary care
physicians between April 2, 2009 and May 16, 2022 (13 years).

24.    HHSC Dr O'Neill and HHSC Dr Dupree omitted Dr Greer's polio disability
and testicular disability from the entire medical record (13 years). There is not a
single entry with regard to polio disability or testicular disability. Polio disability

and testicular disability are Dr Greer's primary two health concerns and were discussed during several medical visits over the 13 year period.

25.    Upon information and belief, the omission of polio and testicular disability is evidence that HHSC Dr O'Neill and HHSC Dr Dupree were committing medical crimes of concealing forced childhood sterilization and committing forced adult sterilization by violating their fiduciary duties to inform Dr Greer of his varicocele as the cause of his testicular disability.

26.    Upon information and belief, HHSC Dr O'Neill and HHSC Dr Dupree entered the conspiracy to forcibly sterilized Dr Greer when they knowing and with deliberate indifference and malice failed in their fiduciary duties to inform Dr Greer that his testicular disability (sterilization) was due to a medically correctable varicocele because of discriminatory eugenic belief that disabled people such as Dr Greer are imbeciles and should not breed.

27.    On November 27, 2018, Dr Greer first learned of the varicocele as the true cause of his testicular disability from HPH Dr Fitzgerald, Urologist, during a physical testicular examination.

28.    Dr Greer demanded varicocele micro surgery, the current gold standard for surgical repair.

29.    HPH Dr Fitzgerald agreed to perform the micro surgery but prescribed

10

tamsulosin for testicular pain as a prerequisite to surgery.

30.     The tamsulosin damaged Dr Greer's testicles. Tamsulosin is a medically

known testicular poison (tamsulosin has been proposed in published medical

papers by Physicians as a method of chemical sterilization). Before and after,

testicular ultrasounds show that the tamsulosin shrunk Dr Greer's normal right

testicle by 23% and shrunk his left disabled atrophic testicle to where the testicle

could not identified on ultrasound (100% shrinkage).

31.     Dr Greer experienced a Severe Adverse Tamsulosin Reaction (SATR).

Tamsulosin is specifically developed to attack and inhibit the smooth muscles of

the prostate to make it easier for men to urinate. SATR's occur when tamsulosin

attacks other (non-prostate) smooth muscles in the body. Tamsulosin attacked

smooth muscles throughout Dr Greer's body causing traumatic brain injury

(dementia, memory loss and insomnia), heart failure, vascular damage, eye

damage, further testicular damage, digestive damage, lymphedema, and acute Post

Polio nerve degeneration.

32.     HPH and HPH Dr Fitzgerald medically abandoned Dr Greer. HPH and HPH

Dr Fitzgerald refused further medical treatment for Dr Greer's damaged testicles

and SATR.

33.     In January and February of 2019, HPH and HPH Dr Fitzgerald completed

the sterilization (right testicle sterilization) of Dr Greer which had begun in 1966 (left testicle sterilization) by tamsulosin chemical poisoning.

34.    HPH and HPH Dr Fitzgerald entered the conspiracy to forcibly sterilize Dr Greer when tamsulosin was illegally prescribed to chemically sterilized Dr Greer's right testicle because of discriminatory eugenic belief that disabled people such as Dr Greer are imbeciles and should not breed.

35.    The sterilization of Dr Greer is reversible. Dr Greer has an 80% chance of complete resolution (both left and right testicles) or full testicular recovery with varicocele corrective surgery.

36.    Defendants HPH and HHSC refuse to perform varicocele surgery because of their discriminatory eugenic belief. There is No medical reason not to perform the surgery (varicocele surgery was scheduled in 2019). Dr Greer has the same chance of a full testicular recovery as anyone else with a varicocele causing testicular disability.

37.    On June 11, 2020, Dr Greer filed the first criminal complaint with CoK, the Kauai Police Department (KPD).

38.    Dr Greer explained the crime to KPD to the best of his ability.

39.    Dr Greer was, and currently is, recovering from a traumatic brain injury and

SATR, causing brain damage, dementia, and aphasia which substantially limits Dr Greer's ability to communicate and understand. Dr Greer, at the time was unaware of the fraudulently concealed forced sterilization.

40.    The criminal complaint submitted to KPD alleges:

> 1. Fraudulently concealed varicocele surgery (fraudulently concealed forced childhood sterilization as Dr Greer did not yet know).

> 2. Prescription drug poisoning and radiation poisoning to complete the forced sterilization.

> 3. Medical abandonment and refusal to treat the SATR.

> 4.Withholding of disability medical treatment to reverse the forced childhood, adult, and elder sterilization.

41.    CoK and KPD refused to investigate the criminal complaint. CoK and KPD claimed there was 'No Crime' with No reason, No facts, and No justification. There is No investigation report. The 'Supplemental Narrative' report, filed by KPD, states that there was No investigation.

42.    The lead investigator, KPD Officer Mesanko, ordered the criminal complaint to be sent to the State Medical Board for criminal review. The criminal complaint was not sent to the State Medical Board for reasons unspecified by CoK.

43.     Dr Greer filed 17 criminal complaints with KPD over a 22 month period.

44.     In response to the 17 criminal complaints submitted to KPD, 17 KPD

Officers and KPD Lieutenant Christopher Calio entered the conspiracy to

fraudulently conceal the forced childhood sterilization of Dr Greer when they

failed in their duties to investigate and take corrective action to stop the on-going

crime of forced elder sterilization (elder abuse).

45.     Kauai County Prosecutor Justin Kollar, was ultimately responsible for which

criminal complaints get investigated and prosecuted.

46.     On October 5, 2020, Dr Greer filed a complaint with the Disciplinary

Counsel against Prosecutor Kollar for prosecutorial misconduct.

47.     On December 17, 2021, Dr Greer was informed by the Disciplinary Counsel

that Prosecutor Kollar had accepted a confidential disposition (a plea deal) in

regard to Dr Greer's complaint of prosecutorial misconduct.

48.     Upon information and belief, Kauai Prosecutor Justin Kollar resigned with

three years left on his 4 year elected term as a condition of his plea deal with the

Disciplinary Counsel, in September 2021.

49.     Kauai County Prosecutor Justin Kollar (and Prosecutor Like, Deputy

Prosecutor Torigoe) entered the conspiracy to fraudulently conceal the forced

childhood sterilization of Dr Greer because of discriminatory eugenic belief when they failed in their duties to investigate and take corrective action to stop the on-going crime of forced elder sterilization (elder abuse).

50.    Two complaints were submitted to the Kauai Police Commission (KPC) on November 8, 2021 and March 30, 2022 alleging that KPD failed to investigate Dr Greer's felony criminal complaint.

51.    The KPC dismissed both complaints.

52.    The KPC provided No Facts, No reason, and No Justification for their dismissal of the complaints.

53.    The KPC entered the conspiracy to fraudulently conceal the forced childhood sterilization of Dr Greer because of discriminatory eugenic belief when they failed in their duties to investigate and take corrective action to stop the on-going crime of forced elder sterilization (elder abuse).

54.    The crime of forced sterilization of Dr Greer continues **Today**, as elder abuse and a hate crime. The on-going and needless crime as the forced sterilization is reversible.

## JURISDICTION AND VENUE

55.    The time period of this Complaint is from 2002, when Dr Greer moved to

Hawaii, to present.

56.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331

and 1343 for Dr Greer's claims arising under federal law, and supplemental

jurisdiction pursuant to 28 U.S.C. § 1367 for Dr Greer's claims arising under state

law.

57.     This Court has jurisdiction to issue declaratory, injunctive, and other relief

under 28 U.S.C. §§ 2201 and 2202.

58.     This action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985 to

redress the deprivation of rights secured by the United States Constitution.

59.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the

events giving rise to this action occurred in The State of Hawaii.

## PARTIES

60.     Plaintiff, Dr Greer, moved to Kauai, Hawaii in 2002 and is and was at all

relevant times a resident of the County of Kauai, State of Hawaii.

61.     Dr Greer has a PhD from U.C. Santa Barbara in Engineering, an expert in

Energy Systems and Aerodynamics, has worked national defense for the National

Aeronautics and Space Administration (NASA) and several Department of

Defense Contractors. Dr Greer has been involved with Titans launches at

Vandenberg AFB and Space Shuttle launches at Kennedy Space Center. Dr Greer had the privilege to modify an F-15 and conduct flight experiments at Edwards AFB. Dr. Greer is published in the *American Institute of Aeronautics and Astronautics (AIAA) Journal of Aircraft*. Dr Greer also taught at Colleges and Universities including the Kauai Community College where Dr Greer taught Physics and an introductory course in Lasers.

62.    Dr Greer has both polio disability and testicular disability which impairs and limits Dr Greer's physical and sexual life activities. Dr Greer has additional disabilities caused by Defendant's actions to poison Dr Greer (brain damage, heart failure, vascular damage, eye damage, further testicular damage, digestive damage, lymphedema, and acute Post Polio nerve degeneration).

63.    Dr Greer is a member of a protected class under the ADA, 42 U.S.C. §12102(2), and the regulations implementing the ADA set forth at 28 C.F.R. §§36.101, et seq., and the Rehabilitation Act.

64.    Defendant, County of Kauai, was at all times residing in the State of Hawaii.

65.    Defendant Hawaii Pacific Health (HPH) is a not-for-profit health care system providing healthcare services in the State of Hawaii. HPH has several medical facilities throughout the State of Hawaii. Their address is 55 Merchant St., Floor 27, Honolulu, Hawaii 96813.

66.    Defendant Hawaii Health Systems Corporation (HHSC) is a 'State of Hawaii' healthcare system providing healthcare services in the State of Hawaii. HHSC has several medical facilities throughout the State of Hawaii. Their address is 3675 Kilauea Avenue, Honolulu, Hawaii 96816.

67.    Upon information and belief, Defendants have at all relevant times resided in the State of Hawaii.

68.    Upon information and belief, Defendants receive federal financial assistance, including Medicare (HPH and HHSC), and in exchange for funding have promised to refrain from discriminating against persons with a disability.

## FACTS

### *Dr Greer is Disabled with Multiple Disabilities.*

69.    Dr Greer caught polio at the age of 4 years (1957). The polio destroyed approximately 1/3 to 1/2 of Dr Greer's motor nerves throughout Dr Greer's entire body. Dr Greer nearly died from childhood Polio, his left side worse than the right.

70.    Dr Greer's treating Physician was Dr Hurlburt, Ross Valley Medical, Kentfield-San Rafael, California.

71.    Polio is a life-threatening and debilitating disease. Polio attacks and destroys motor neurons preventing the use and control of muscles. As will become

important later, Polio only attacks motor neurons (Polio does not attack sensory neurons or organs such as the heart, testicles, stomach, etc.).

72.    Polio disability substantially limits Dr Greer's physical life activity as he lacks physical strength and coordination. Dr Greer cannot play sports or a guitar.

73.    Dr Greer spent his life walking with a slight limp that becomes progressively pronounced with fatigue.

74.    In May 2012 Dr Greer applied for and was awarded Social Security Disability benefits for Polio Disability as polio substantially limits Dr Greer's ability to work.

75.    Dr Greer may have been infected with live polio virus by Physicians, referencing the 'Cutter Incident of 1955'. The 'Cutter Incident of 1955' is considered as one of the worst medical catastrophes in US Medicine. In 1955, Cutter Laboratories of California altered Dr Salk's instructions to save costs and manufactured 200,000 doses of live polio virus vaccine which were then injected into 200,000 children and sent home to begin the spread of the highly contagious polio virus.

76.    Dr Greer developed left and right testicular varicoceles at puberty, age 13 years (1966).

77.    The left varicocele inhibited Dr Greer's left testicle from developing. Dr Greer's left testicle is disabled (atrophic, sterile, and pain).

78.    The right varicocele did not cause right testicular atrophy. Varicoceles often cause infertility without atrophy. Dr Greer's right testicle has never been tested for functionality.

*** *Medical Record Anomaly # 1:*

79.    *Dr Greer has varicoceles, his left testicle non-functional and atrophic – his right testicle has never been tested for health (functionality).*

80.    *It is an unexplained anomaly why Dr Greer's right testicle has never been tested for fertility.*

***

81.    Testicular disability substantially limits Dr Greer's sexual life activity as he lacks one of his sexual organs and his sexual hormones (testosterone) are half of normal.

82.    Dr Greer's polio disability and testicular disability are comorbidities as both disabilities reduce strength.

83.    Dr Greer's polio disability and testicular disability are Not life threatening. Dr Greer's polio virus is dead, long destroyed by Dr Greer's natural immune

system.

84.    Dr Greer incurred **Brain**, **Heart, and Post-Polio** disabilities due to prescription tamsulosin poisoning causing a SATR which are life threatening.

85.    HHSC Dr Lui (a traveling physician from the mainland, as HHSC Dr Dupree was out on sick leave) diagnosed Dr Greer's **brain** damage (cognitive decline, memory loss, and insomnia), **heart** damage, **testicular** damage, and **vision** problems due to a severe adverse tamsulosin reaction (SATR) on January 3, 2020.

**Brain**

86.    Dr Greer suffered a traumatic brain injury as a result of the SATR (February 2019).

87.    HPH affiliate Dr Jackson, Pulmonologist, performed a sleep study on October 25, 2019. HPH affiliate Dr Jackson diagnosed "Memory Deficit….. with persistent symptoms in a patient with probable Central Nervous System (CNS) Dysfunction". The most common CNS Dysfunction is Alzheimer's. The sleep study also showed an abnormal sleep pattern, deficient in REM sleep, and abnormal brain activity. Dr Jackson recommended a neurology evaluation.

88.    Dr Liow, Neurologist, at Hawaii Pacific Neuroscience LLC, performed MRI and EEG on June 22, 2022 that showed Global Cortical Atrophy, Medial Temporal

Lobe Atrophy, Parietal Lobe Atrophy, White Matter Lesions, Cognitive Impairment, Aphasia, Memory Deficit, Cortical Dysfunction, and Decreased Brain Network Connectivity.

89.    There are several published medical studies showing that tamsulosin causes brain damage and dementia.

90.    Dr Greer's dementia, according to medical studies, was most likely caused by SATR smooth muscles damage inhibiting the drainage of toxic waste from his brain in a process known as Intramural Periarterial Drainage (IPAD).

**Heart**

91.    Dr Greer's heart murmur was first diagnosed on June 17, 2019 by HPH Mr Phillips.

*** *Medical Record Anomaly # 2:*

92.    *HPH Mr Phillips diagnosed and told Dr Greer he had a heart murmur.*

93.    *However, the medical record states:"no murmur heard".*

94.    *It is an unexplained anomaly why a Gastroenterologist would check for a heart murmur and nothing else concerning the heart.*

95.    *A Gastroenterologist would have checked for a regular heart beat and wrote*

*regular rate and rhythm or 'RRR' in the medical record.*

\*\*\*

96.    Dr Greer's heart murmur was confirmed by HHSC Dr Dupree and later on August 12, 2019 by HPH Dr So, Cardiologist.

97.    Dr Greer's Atrial Fibrillation (AFIB) was confirmed by HHSC Dr Dupree and later by on January 14, 2021 by HPH Dr So.

98.    There are several published medical studies showing that tamsulosin causes heart failure.

99.    The American Heart Association has listed tamsulosin as a drug that can cause or acerbate heart failure.

100.    The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT) showed that alpha blockers (tamsulosin) are a major risk to heart failure.

**Post-Polio**

101.    HPH Dr Sakoda, Neurologist, performed a nerve conduction test and diagnosed acute Post Polio nerve degeneration on July 21, 2023.

102.    Post polio is currently the worst and most debilitating of Dr Greer's

disabilities. Dr Greer has had 6 post polio attacks. During an attack, every nerve in Dr Greer's legs scream in pain, legs swell, he cannot walk, the condition takes about 2 weeks to subside.

103.   Dr Greer is Disabled, and as such, a member of a Protected Class.

### *California - Prior to year 2002 (Before Moving to Hawaii)*

104.   Forced sterilizations are performed in various ways: physical castration (removal); vasectomy (ligating the vas deferens); chemical castration (tamsulosin has been proposed by Physicians as a means of chemical castration); uncorrected varicoceles (blood flow restriction), and radiation poisoning. These various procedures all result in forced sterilization when performed without patient consent.

105.   Physicians have a fiduciary duty to act in their patient's best interest, which includes informing a patient that they have a correctable varicocele as the cause of their testicular disability (atrophic, sterility, and pain).

106.   KPcal, in 1966, in San Rafael, California, failed to inform Dr Greer that he had both left and right vaircoceles and falsely diagnosed Dr Greer's left testicular disability (atrophic, sterile, and pain) as due to nerve damage caused by polio with No medical treatment except removal.

107.  KPcal Physicians knew by physical examination that the true cause of Dr

Greer's left testicular disability was a medically treatable varicocele. Varicoceles

are first diagnosed upon physical examination with a valsalva maneuver.

108.  KPcal could not attempted sterilization of Dr Greer's normal right testicle

because it would draw attention to the fraudulently concealed forced sterilization

of Dr Greer's left testicle.

109.  Upon information and belief, KPcal Physicians had hoped that Dr Greer was

completely sterile because:

> 1. Dr Greer had left and right varicoceles (bilateral varicoceles).

> 2. Dr Greer's left testicle was atrophic and sterile.

> 3. Varicoceles often cause sterility without atrophy.

> 4. KPcal Physicians performed No seamen analysis to determine the
> health of the right testicle.

> 5. *"If bilateral varicoceles are found, both should be repaired at the*
> *time of surgery.[82] If there is a clinically significant left varicocele*
> *but only a subclinical right varicocele, there is evidence that*
> *repairing both may ultimately be beneficial in producing a*
> *pregnancy.[83][84] Following surgery, approximately 70% of*

*patients have improved semen parameters, and 40% to 60% of*
*couples have improved conception rates. This improvement in semen*
*quality will typically become noticeable at approximately 3 to 4*
*months after surgery and becomes final at 6 months."* Reference:
Leslie SW, Sajjad H, Siref LE. Varicocele. [Updated 2023 Nov 13].
In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing;
2025 Jan-.

6. Low sperm output with left testicle atrophic and right testicle with
varicocele.

110.    Dr Greer remembers that medical visit (it is sketchy – over 50 years ago), it
was one consultation with a young male Physician, who left the room for about 10
minutes to talk to an older Physician. Dr Greer saw them talking in the hallway.

111.    There were No medical tests, just a physical examination.

112.    Dr Greer had to choose, at the age 13 years, to have the testicle removed or
live with testicular pain. Dr Greer chose the pain.

113.    KPcal Physicians told Dr Greer and his parents that the disabled testicle was
due to nerve damage from polio.

114.    KPcal Physicians did not disclose the varicoceles which were unknown to

26

Dr Greer and his Parents.

115.   Dr Greer's polio disability provided KPcal Physicians with an explanation that Dr Greer (and his Parents) would believe as the cause of Dr Greer's testicular disability.

116.   KPcal Physicians continued to exploit Dr Greer's polio disability, to conceal and withhold testicular disability medical treatment for 9 years (1966 to 1975).

117.   By the time Dr Greer turned 18 (1971), KPcal Physicians had thoroughly deceived and convinced ('Brainwashed' and 'Gaslighted') Dr Greer into believing that his testicular disability was due to his polio disability.

118.   There was No internet. There was little possibility that a non-medically trained person could verify a medical diagnosis. The internet did not become available, with that type of medical information, until Dr Greer was 50 years of age (30 years later).

119.   There are No medical records remaining for when Dr Greer lived in California prior to 2002, according to Kaiser Permanente. However, Kaiser Permanente claims on its website that it keeps all medical records.

120.   Besides Dr Greer, it is unlikely that there are any remaining witnesses.

121.   The evidence, Dr Greer's testicles, is well preserved, alive, and waiting for

varicocele surgery to springboard life.

**There are a few remaining facts.**

122.   Dr Greer's father was a lieutenant in the California Highway Patrol and health care was provided through the State of California's health care plan with Kaiser Permanente.

122.   Varicoceles are a common occurrence, 15% to 20% of men have them.

123.   Varicoceles are medically known to cause testicular pain which occur in 15% to 20% of men who have varicoceles.

124.   Varicoceles were well understood by the 1950's and there was a surgical correction available which was outpatient and cost effective ($15,000 to $25,000 today dollars).

125.   Varicoceles are the number one cause of testicular disability (atrophic, sterile, and pain) occurring at puberty.

126.   Every Physician should know the basic principle why varicoceles cause testicular damage and disability; varicoceles choke the blood flow from the testicle. Correcting the varicocele, relieves the choke, restores proper blood flow, the testicle often responds, and life begins. [It is a bit more complicated because the choke is down-stream of the testicle, but that is the basic idea.]

127.    There are no cases of polio causing testicular atrophy.

128.    Every Physician should know that polio attacks only motor neurons and not organs such as testicles and therefore cannot be responsible for Dr Greer's testicular disability.

129.    Varicoceles are diagnosed upon physical examination with a valsalva maneuver.

130.    KPcal Physicians, in1966, knew Dr Greer had both left and right varicoceles by physical examination.

131.    The First Testicular Ultrasound performed by HHSC on January 11, 2019 showed that Dr Greer has (left and right) testicular varicoceles. The subsequent Second and Third Testicular Ultrasounds were incorrectly performed, as No valsalva maneuver was used to detect the varicoceles, thus the varicocele results are invalid. The Fourth Testicular Ultrasound performed by HPH on June 24, 2024, which used a valsalva maneuver, confirmed that Dr Greer has (left and right) testicular varicoceles.

*** *Medical Record Anomaly # 3:*

132.    *Second and Third testicular ultrasounds were incorrectly performed. No valsalva maneuver.*

*133.  It is an unexplained anomaly why the testicular ultrasounds were performed incorrectly. It is unexplained if technicians failed to follow proper procedures or if the procedures were incorrect.*

\*\*\*

134.  The First and Forth Testicular Ultrasounds show that Dr Greer's left testicle is disabled (atrophic, sterile, pain cannot be assessed by ultrasound).

135.  The First and Forth Testicular Ultrasounds show that Dr Greer's disabled left testicle is caused by a varicocele.

136. The First and Forth Testicular Ultrasounds show that Dr Greer's disabled left testicle never developed at puberty as there are No identifiable indications that the left testicle ever developed and fully descended.

137.  The First and Forth Testicular Ultrasounds show No indication of torsion, trauma, disease, or anything else which could have damaged the testicle (besides the varicocele).

138.  It is a fact based upon Dr Greer's life-experience and the factual results of the First and Forth Testicular Ultrasounds, that Dr Greer's left testicle became sterile due to a varicocele at puberty.

139.  Nerve damage from polio provided KPcal Physicians a fraudulent excuse

that Dr Greer and his parents would believe as the cause of his testicular disability.

140.   KPcal Physicians fraudulently with deliberate indifference and malice concealed a varicocele from Dr Greer, causing sterilization of Dr Greer's left testicle which is a form of forced childhood sterilization because:

   1. KPcal knew the varicocele was causing testicular sterilization.

   2. KPcal knew varicocele corrective surgery could correct the sterilization.

   3. KPcal fraudulently concealed the varicocele and refused surgical correction.

   4. The surgical correction has been successfully performed on thousands of U.S. men.

   5. KPcal gave a fraudulent excuse for the sterilized left testicle, nerve damage from polio.

   6. KPcal knew Dr Greer would continue to suffer from testicular disability and pain without corrective surgery.

   7. KPcal violated its fiduciary duties to provide Dr Greer with proper medical treatment.

141.   The fraudulently concealed forced childhood sterilization of Dr Greer is childhood sexual abuse.

*** *Medical Record Anomaly # 4:*

*142.  Physicians did not disclose the varicoceles until November 27, 2018.*

*143.   It is an unexplained anomaly why Physicians did not disclose and inform Dr Greer of his varicoceles as the cause of his left testicular disability.*

\*\*\*

144.   Dr Greer (or his parents) would have demand surgery when he first knew of the varicocele.

145.   Dr Greer did not demand surgery until he was 65 years of age on November 27, 2018.

## *Eugenic Beliefs*

### *Motive and Reason for Childhood Forced Sterilization*

146.   Dr Greer lived in California in 1966 where he was secretly forced into left testicular sterilization.

147.   In 1966, both recorded and unrecorded (legal and illegal) forced sterilizations were being conducted in California.

32

148.   *"From 1909 to 1979, under the state eugenics laws, California forcibly sterilized about 20,000 people in state institutions who were deemed "unfit to produce". The program disproportionately targeted the Latino community, women, **people with disabilities and impairments**…. The **mean age of victims was 17, and they included children as young as 12**."* Reference: The Gauardian, Belly of the Beast: California's dark history of forced sterilizations, Shilpa Jindia, 6/30/2020.

149.   *"Continuing the state's leadership to redress historical injustices, Governor Gavin Newsom today announced the launch of California's new program to compensate survivors of state-sponsored sterilization, created as part of the 2021-22 state budget package."* Reference: California Governor Newsom's website 2025.

150.   The United States Supreme Court sanctioned forced sterilization in ***Buck v. Bell***, 274 U.S. 200 (1927). A decision which has never been repealed.

151.   Justice Oliver Wendell Holmes wrote in his decision ***"It is better for all the world, if instead of waiting to execute degenerate offspring for crime, or to let them starve for their imbecility, society can prevent those who are manifestly unfit from continuing their kind."***

152.   And concluded his decision, ***"Three generations of imbeciles are enough"***.

153.   Historians often cite that A Hitler patterned his Nazi eugenics-genocide -

33

holocaust programs after the United States sterilization program.

154.    "*In Mein Kampf, which he published in 1925, he wrote that,*

*"There is today one state in which at least weak beginnings toward a better conception [of citizenship] are noticeable. Of course, it is not our model German Republic, but the United States." Shortly after he took power (in 1933), Hitler announced sterilization laws in Germany (4) – an ominous beginning to the largest genocide in history."* Reference: American Baby & Child Law Centers, https://www.abclawcenters.com/blog/involuntary-sterilization-of-disabled-americans-an-historical-overview/.

155.    *"The right to be free from cruel, inhuman, and degrading treatment is guaranteed under the ICCPR, CRPD, and the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT). Coerced and forced sterilization is a clear violation of this right. The Human Rights Committee, tasked with determining the content and scope of the rights guaranteed under the ICCPR, has noted that the purpose of the right is to protect both dignity and the physical and mental integrity of the individual from acts that cause not only physical but also mental suffering. It has further noted that the right protects individuals from cruel, inhuman, or degrading treatment in "medical institutions""*. Reference: Patel, P. Forced sterilization of women as

discrimination. Public Health Rev 38, 15 (2017). https://doi.org/10.1186/s40985-017-0060-9.

156.    The U.S. ratified the International Covenant on Civil and Political Rights (ICCPR) in 1992 and ICCPR has the status of federal law.

157.    The State of Hawaii never legalized forced sterilizations.

158.    However, Hawaii's Japanese Americans interned during World War II which were declared imbeciles due to their disabilities were forcibly sterilized. They were shipped to California under federal authority.

159.    The words of Justice Oliver Wendell Holmes, "***execute degenerate offspring….. let them starve for their imbecility… Three generations of imbeciles are enough***", demonstrate that Eugenic belief is strong enough to cause 'extreme and cruel' acts of childhood sterilizations.

160.    Forced sterilizations have been conducted, both legal and illegal, demonstrating that discriminatory eugenic belief is strong enough to cause 'extreme and cruel' acts of childhood sterilizations.

161.    Dr Greer has researched the internet for over four years looking for a reason or explanation as to why Physicians committed such a heinous crime against a child of 13 years. The only motive, strong enough to cause child sterilization, pain,

and molestation, found is discriminatory eugenic belief. There are No other reasons.

162.  Dr Greer's fraudulently concealed forced sterilization can be reversed with varicocele corrective surgery.

163.  Any Physician, who knew of Dr Greer's testicular disability and varicocele, also committed a crime of 'concealing forced childhood sterilization' when they failed in their fiduciary duty to inform Dr Greer of the varicocele. These Physicians knew the sterilization was correctable and made the same decision to forcibly sterilize Dr Greer, leaving him to suffer from needless testicular disability and pain, as the initial HPcal Physicians.

164.  Any Physician, who knew of Dr Greer's testicular disability and varicocele, violated their fiduciary duties and knowingly with deliberate indifference and malice toward disabled persons committed a crime of felony assault (intentional loss of a body part – testicles) and conspired to deprive Dr Greer of a federally protected right against forced sterilization (reproductive rights).

165.  Dr Greer does not remember every KPcal Physician or every California Physician between 1966 and 2002 who failed to inform Dr Greer of his varicocele as the true cause of his testicular disability and pain.

166.  Dr Greer does remember a few Physicians.

167.  Dr Greer had a pre-induction draft physical at the age of 18. Dr Greer had a
low lottery number and was about to get drafted. United States Government
Physicians failed to inform Dr Greer that a varicocele was the cause of his
testicular disability. United States Government Physicians had a fiduciary duty to
inform Dr Greer of his varicocele during that physical examination.

168.  Dr Greer was a government employee, civil service, when he worked for
National Aeronautics and Space Administration (NASA) in the 1990's at Edwards
AFB in California. One of the perks of working for NASA is a free flight physical
every two years. NASA had its own fully staffed medical facility as we did
hazardous operations. Three NASA Physicians (contractors) failed to inform Dr
Greer that a varicocele was the cause of his testicular disability. NASA Physicians
(contractors) had a fiduciary duty to inform Dr Greer of his varicocele.

169.  Dr Greer worked for a defense contractor, Lockheed, at Vandenberg AFB
during the 1980's. Dr Greer was sick and had a physical examination by
Lockheed's employee medical insurance carrier – primary care Physician, Dr
Lamoco (maybe misspelled). Dr Lamoco failed to inform Dr Greer that a
varicocele was the cause of his testicular disability. Dr Lamoco had a fiduciary
duty to inform Dr Greer of his varicocele.

170.  KPcal began a conspiracy to deprive Dr Greer of his fundamental human

right against forced sterilization (reproductive rights).

171.   Dr Greer remembers - There were five KPcal Physicians, three United States Government Physicians, three NASA (contractor) Physicians, and one Private Physician who conspired together to deprive Dr Greer of rights. A minimum of 12 Physicians conspired together in California to deprive Dr Greer of rights.

172.   KPcal's fraudulent diagnosis of Dr Greer's testicular disability due to nerve damage from polio and conspiracy to forcibly sterilize Dr Greer continued from Physician to Physician, for 52 years (from 1966 to 2018).

173. Dr Greer was 'otherwise qualified' to receive varicocele surgery since 1966 (from 1966 to present):

> 1. Varicocele surgery was available (developed in the 1950's).

> 2. Dr Greer had varicoceles causing testicular atrophy, abnormal semen, and sterility.

> 3. Dr Greer was qualified for varicocele surgery as thousands of men have received varicocele surgery for atrophy, abnormal semen, pain, and sterility. The surgery is 80% successful in fully restoring testicles, even when the patient has suffered from varicoceles for over 50 years.

> 4. Dr Greer was denied varicocele surgery for over 50 years because

of discriminatory eugenic belief that Dr Greer was an imbecile and should Not breed because of his polio.

5. In addition, polio was fraudulently (fiduciary fraudulent) used as the plausible excuse why Dr Greer's testicular disability could Not be medically treated.

6. Dr Greer would have received varicocele surgery if not for polio because there would have been No disability imbecilic animus and Physicians would Not have had a plausible excuse that Dr Greer and his parents would believe.

174. Any Physician, who knew of Dr Greer's testicular disability and varicocele, committed a crime of 'concealing forced childhood sterilization' because of discriminatory eugenic belief that Dr Greer is an imbecile disabled with polio and should not breed because:

1. Each Physician had to personally make a decision Not to inform Dr Greer of his varicocele, violation their fiduciary duties.

2. Each Physician had to personally make a decision Not to inform Dr Greer of his varicocele knowing that Dr Greer would continue to suffer from needless testicular disability and pain.

3. Each Physician had to personally make a decision to commit a felony crime.

4. The only reason found strong enough to cause a Physician to violate their fiduciary duties, knowingly allow a patient to needlessly suffer with testicular disability and pain, and commit felony crimes, that has been identified is discriminatory eugenic belief.

5. Five KPcal Physicians, three United States Government Physicians, three NASA (contractor) Physicians, and one Private Physician conspired together to deprive Dr Greer of his human right against forced sterilization (reproductive rights) by making a decision to forcibly sterilize Dr Greer, leaving him to suffer from needless testicular disability and pain.

### _Moving to Hawaii to Discovering the Varicocele_
### _Between 2002 and November 27, 2018_

175.   Dr Greer moved to Hawaii in 2002.

176.   HHSC Dr O'Neill and HHSC Dr Dupree were Dr Greer's primary care physicians between April 2, 2009 and May 16, 2022. (13 years).

177.   Approximately 30 medical visits occurred during that time period, including

annual physicals.

178.   Polio Disability and Testicular Disability were Dr Greer's two primary
health concerns as they severely limited Dr Greer's quality of life.

179.   HHSC Dr O'Neill and HHSC Dr Dupree were informed by Dr Greer of his
Polio Disability, Testicular Disability (atrophic, sterile, and pain) on their
respective first medical visits.

180.   HHSC Dr O'Neill and HHSC Dr Dupree omitted Dr Greer's polio disability
and testicular disability from the medical record for 13 years between April 2,
2009 and May 16, 2022.

181.   Dr Greer discussed polio disability and testicular disability, his primary two
heath concerns, with HHSC Dr O'Neill and HHSC Dr Dupree on several medical
visits.

182.   Polio disability and testicular disability should be discussed in HHSC Dr
O'Neill and HHSC Dr Dupree medical records on several occasions. It is Not.

183.   It is a crime in Hawaii to falsify medical records. Falsifying medical records
is evidence of illegal covert activity.

*** *Medical Record Anomaly # 5:*

*184.   HHSC Dr O'Neill and HHSC Dr Dupree omitted polio disability and*

41

*testicular disability from the medical record for 13 years.*

*185.   It is an unexplained anomaly why HHSC Dr O'Neill and HHSC Dr Dupree*
*omitted polio disability and testicular disability from the medical record.*

\*\*\*

186.   The medical record shows that at No time did HHSC Dr O'Neill or HHSC
Dr Dupree make an entry regarding Polio, Testicles, or Varicoceles.

187.   There was one medical visit where HHSC Dr Dupree showed that he 'knew'
and 'concealed' medical treatment for Dr Greer's testicular disability. During a
medical visit on May 15, 2017, Dr Greer complained adamantly of trying to lose
weight with no success. HHSC Dr Dupree blurted out 'It is your low testosterone,
let's run a test'. (It was a type of excited utterance, the 'doctor' in Dr Dupree spoke
before he had a chance to think.)  Low testosterone is well known to cause weight
problems. Dr Greer has a weight problem. In retrospect, Dr Dupree wanted to take
back the statement. Dr Dupree did say 'we don't need to do the test today'. But Dr
Greer insisted and Dr Dupree had to run the test to avoid suspicion.

188.   The testosterone test, performed on May 15, 2017, showed Dr Greer's
testosterone levels to be half of normal due to his disabled left testicle.

189.   The testosterone test, verifying Dr Greer's testicular disability, shows that

HHSC Dr O'Neill and HHSC Dr Dupree knew of Dr Greer's testicular disability.

190.    Medical records show that HHSC Dr Dupree's only medical record entry concerning the testosterone test is a single word 'testosterone'. And there is the laboratory test result.

191.    Medical records show that HHSC Dr O'Neill and HHSC Dr Dupree did not inform Dr Greer of his varicocele causing his testosterone levels to be half of normal and the cause of his testicular disability.

192.    Medical records show that HHSC Dr O'Neill and HHSC Dr Dupree did not offer Dr Greer varicocele corrective surgery for his testicular disability.

*** *Medical Record Anomaly # 6:*

*193.    Dr Greer had a knee problem in his left leg. After several months and tests showing No cause, Dr Greer was referred to HPH Dr Rao for a neurological examination.*

*194.    On November 13, 2012, HPH Dr Rao diagnosed No evidence of nerve damage (as the medical records show) and told Dr Greer that he did not have childhood polio.*

*195.    At the time, Dr Greer thought Dr Rao was incompetent. Dr Rao was old. His equipment looked old. Dr Greer knew his mother would not lie to him. Dr Greer*

knew he was disabled with polio. No other Physician had previously cast doubt on Dr Greer's polio disability.

196.   Subsequently, Dr Greer had nerve conduction tests performed independently by two other Physicians, Dr Takada and HPH Dr Sakoda. Both found significant nerve damage (50% loss of motor neurons). The first nerve test, taken before Dr Greer was poisoned with tamsulosin, showed No post polio. The second, taken after Dr Greer was poisoned with tamsulosin, showed acute post polio.

197.   HPH's medical equipment must meet medical requirements and standards. HPH Dr Rao's testing equipment should have detected nerve damage of a 50% magnitude.

198.   It is an unexplained anomaly why HPH Dr Rao diagnosed No nerve damage in a leg with 50% nerve damage.

*** *Medical Record Anomaly # 7:*

199.   HHSC Dr Scott performed a physical examination (April 6, 2009) and colonoscopy (April 17, 2009).

200.   HHSC Dr Scott did not inform Dr Greer of his varicocele as the cause of his testicular disability.

201.   HHSC Dr Scott's medical record states that Dr Greer had childhood cancer

*at the age of 4 and received radiation and chemotherapy.*

*202. Dr Greer did not have childhood cancer.*

*203. Dr Greer had childhood polio.*

*204. Dr Greer told HHSC Dr Scott that he had both childhood polio and childhood testicular disability.*

*205. It is an unexplained anomaly why HHSC Dr Scott did not inform Dr Greer of his varicocele and stated childhood cancer.*

\*\*\*

206. HHSC Dr O'Neill either continued or began a new conspiracy to fraudulently conceal the forced childhood sterilization of Dr Greer when HHSC Dr O'Neill violated his fiduciary duties and failed to inform Dr Greer of his varicoceles as the true cause of testicular disability and continued the false diagnosis of nerve damage due to polio as the cause, knowing with deliberate indifference and malice that Dr Greer would needlessly continue to suffer from testicular disability and testicular pain.

207. HHSC Dr Dupree became Dr Greer's primary care physician when Dr O'Neill resigned and left Kauai on June 18, 2013.

208. Concealing and withholding medical treatment to correct forced sterilization

is a criminal decision and not a medical decision.

209.    Upon information and belief, both HHSC Dr O'Neill and HHSC Dr Dupree committed an act of forced sterilization and concealed an act of forced childhood sterilization with deliberate indifference and malice when they concealed a medically correctable varicocele, failing their fiduciary duties, causing their patient, Dr Greer, to suffer from forced sterilization. A sterilization that both HHSC Dr O'Neill and HHSC Dr Dupree, as Dr Greer's primary health providers, knew was reversible. Because:

> 1. HHSC Dr O'Neill and HHSC Dr Dupree were Dr Greer's primary care physicians between April 2, 2009 and May 16, 2022. (13 years) with approximately 30 medical visits occurred during that time period, including annual physicals.

> 2. Polio Disability and Testicular Disability were Dr Greer's two primary health concerns as they severely limited Dr Greer's quality of life and were discussed at several medical visits.

> 3. Dr Greer informed HHSC Dr O'Neill and HHSC Dr Dupree of his polio and testicular disability on first medical visits.

> 4. HHSC Dr O'Neill and HHSC Dr Dupree knew during medical visits of Dr Greer's polio (walks with a limp, lacks strength, and

coordination), testicular disability (atrophy upon sight), and the varicocele (upon sight and physical examination).

5. HHSC Dr O'Neill and HHSC Dr Dupree omitted polio and testicular disability from the medical record.

6. HHSC Dr Dupree ordered a testosterone test which was 'half of normal'.

7. HHSC Dr O'Neill and HHSC Dr Dupree did not inform Dr Greer that a varicocele was responsible for his testicular disability or offer varicocele corrective surgery.

210.   Upon Dr Greer's experience, information, and belief, HHSC Dr O'Neill and HHSC Dr Dupree conspired together on a covert plan to keep Dr Greer from discovering his varicocele as the cause of his testicular disability. Because:

1. Both HHSC Dr O'Neill and HHSC Dr Dupree omitted polio and testicular disability from the medical record.

2. Both HHSC Dr O'Neill and HHSC Dr Dupree violated their fiduciary duties and continued the false diagnosis of nerve damage due to polio and forced sterilization.

3. Both HHSC Dr O'Neill and HHSC Dr Dupree shared the same

office and had ample opportunity to communicate the conspiracy.

211.   Upon information and belief, HPH Dr Rao and HHSC Dr Scott entered the conspiracy when they falsified medical diagnosis/records and failing to inform Dr Greer of his varicocele as the cause of Dr Greer's forced sterilization.

212.   Upon information and belief, HHSC Dr O'Neill, HHSC Dr Dupree, HPH Dr Rao, and HHSC Dr Scott sole reason for conspiring together was discriminatory eugenic belief that Dr Greer is an imbecile, disabled with polio and should not breed for reasons previously discussed above in *Eugenic Beliefs*, ¶ 146 - 174.

213.   Upon previous facts stated, information, and belief, HHSC Dr O'Neill, HHSC Dr Dupree, HPH Dr Rao, and HHSC Dr Scott committed an intentional criminal act of forced sterilization and of felony assault (loss of body part - testicles) with deliberate indifference and malice motivated by discriminatory eugenic belief. Because:

      1. They knew of the varicocele.

      2. They knew the varicoele was causing the loss of a body part – Dr Greer's testicle.

      3. They knew varicocele surgery could fully cure Dr Greer's testicular disability and pain.

4. They falsified medical records.

5. They had a fiduciary duty.

6. They fraudulently concealed the varicocele.

7. They knowing allowed Dr Greer to suffer with testicular disability and pain.

### *Discovering the Varicocele*
### *November 27, 2018*

214.    Dr Greer was informed of his varicocele as the true cause of his testicular disability by HPH Dr Fitzgerald during a physical examination for an unrelated urinary problem on November 27, 2018 at the age of 65 years.

215.    Dr Greer discovered that his lifelong suffering from testicular disability was needless and was correctable at 13 years of age and anytime thereafter.

216.    Dr Greer discovered that Physicians have been fraudulently concealing disability medical treatment for over 50 years. And that every Physician Dr Greer has seen in this regard, has colluded in this crime.

217.    At that time, Dr Greer did not know that it was fraudulently concealed forced childhood sterilization motivated by discriminatory eugenic belief.

218.   At that time, Dr Greer did not know that HPH and HPH Dr Fitzgerald were fraudulently falsifying Dr Greer's medical record; HPH Dr Fitzgerald medical entry of November 27, 2018 does not state Dr Greer's left testicular disability (atrophy, sterility, pain) and there is No mention of the varicoele. Later, HPH and HPH Dr Fitzgerald admit knowledge of Dr Greer's testicular atrophic and pain in written testimony submitted to Hawaii's Regulated Industries Complaints Office (RICO) dated June 12, 2020.

219.   Dr Greer demanded varicocele corrective 'micro' surgery, the gold standard, with the hope of restoring the functionality of his disabled atrophic testicle.

### *HPH Dr Fitzgerald prescribes tamsulosin & radiation*
### *to prevent surgical testicular recovery after varicocele surgery*

220.   To begin, the conspiracy to forcibly sterilize Dr Greer would have been successful and Dr Greer would have never discovered the conspiracy if it were not for three factual events:

> 1. HPH Dr Fitzgerald told Dr Greer of his variccele as the true cause of his testicular disability on November 27, 2018.

> 2. Dr Greer had a SATR which disrupted the conspiracy's plan to complete the forced sterilization of Dr Greer.

3. Dr Greer, by chance, came across a medical paper on 'Forced Sterilization' when reviewing medical papers on the internet on March 22, 2025.

221.    Upon Dr Greer's discovery of the varicocele, the secret conspiracy was, in part, exposed. Dr Greer knew a crime of 'fraudulently concealing varicocele surgery to correct testicular disability' was committed by Physicians.

222.    But Dr Greer did not know of the crime of 'fraudulently concealing forced childhood sterilization' because of discriminatory eugenic belief that Dr Greer was disabled with polio and should not breed.

223.    Upon information and belief, HPH and HPH Dr Fitzgerald's Criminal Plan was:

1. Prior to surgery, HPH Dr Fitzgerald would prescribe tamsulosin to poison Dr Greer preventing surgical recovery.

2. Prior to surgery, HPH Dr Fitzgerald would prescribe a CT to radiate Dr Greer testicles and prevent surgical recovery as well (discussed below).

3. HPH Dr Fitzgerald was to perform varicocele surgery to the best of her ability.

4. After varicocele surgery, Dr Greer's atrophic testicle would not recover due to tamsulosin poison and CT radiation.

5. The plan would have been executed without Dr Greer ever knowing. Dr Greer knew that there is a 10% chance the testicle would not recover.

**Fact 1 – Tamsulosin is a testicular poison.**

224.    HPH Dr Fitzgerald, as stated in the medical record, prescribed tamsulosin for testicular pain as a prerequisite to varicocele surgery.

225.    HPH Dr Fitzgerald, as stated in the medical record, told Dr Greer if his testicular pain did not resolve after taking tamsulosin for a month, varicocele surgery would be scheduled.

226.    Tamsulosin is not FDA approved for testicular pain or testicles.

227.    There is No medical data in existence that shows tamsulosin to relieve testicular pain or to have any benefit to testicles.

228.    Tamsulosin has been proposed by Physicians in published medical papers as a contraceptive, a means of chemical castration. There are many published medical papers attesting to tamsulosin as a testicular poison:

229.    Effects of alfuzosin and tamsulosin on sperm parameters in healthy men: results of a
short-term, randomized, double-blind, placebo-controlled, crossover study
Hellstrom and Sikka
J Androl. 2009 Jul-Aug;30(4):469-74
https://www.ncbi.nlm.nih.gov/pubmed/19201696

230.    Effects of Pharmaceutical Medications on Male Fertility
Brezina,1, Yunus,  Zhao.
J Reprod Infertil 2012 Jan-Mar; 13(1): 3–11
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3719368/

231.    TAMSULOSIN HYDROCHLORIDE FLOMAX EFFECTS ON FERTILITY OF
ALBION MALE MICE
Alwachi and Husain.
International Journal of Recent Scientific Research, Vol. 5, Issue, 2, pp.326-331, 2014
http://www.recentscientific.com/tamsulosin-hydrochloride-flomax-effects-fertility-albion-male-
mice

232.    What Are the Side effects of drugs for enlarged prostate.
Reacher
Prostate.net
https://prostate.net/articles/side-effects-of-drugs-for-enlarged-prostate-bph/

233.    The impact and management of sexual dysfunction secondary to pharmacological therapy
of benign prostatic hyperplasia.
Gandhi, Weissbart, Smith, Kaplan, Dagur, Zumbo, Joshi, Khan.
Transl Androl Urol. 2017 Apr; 6(2): 295–304.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5422692/

234.    Effects of acute treatment with tamsulosin versus alfuzosin on ejaculatory function in
normal volunteers
Hellstrom and Sikka
J Urol. 2006 Oct;176(4 Pt 1):1529-33.
https://www.ncbi.nlm.nih.gov/pubmed/16952675

235.    Ejaculatory disorder caused by alpha-1 adrenoceptor antagonists is not retrograde
ejaculation but a loss of seminal emission.
Hisasue S, Furuya R, Itoh N, Kobayashi K, Furuya S, Tsukamoto T.
Int J Urol. 2006 Oct;13(10):1311-6.
https://www.ncbi.nlm.nih.gov/pubmed/17010010

236.    RxList & Drugs.com. Tamsulosin (flomax) side effects
https://www.rxlist.com/flomax-drug/patient-images-side-effects.htm
https://www.drugs.com/flomax.html

237.    Effect of tamsulosin on ejaculatory function in BPH/LUTS.
Song et al.
Asian J Androl. 2011 Nov; 13(6): 846–850.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3739550/

238.    Medicines That Affect Male Fertility.
University of Washington Medical Center.
http://healthonline.washington.edu/document/health_online/pdf/Medicines-Male-Fertility.pdf

239.    Flomax (tamsulosin).com. 2018 sanofi-aventis U.S. LLC
http://products.sanofi.us/Flomax/Flomax.pdf

240.    Effects of alpha1-adrenoceptor antagonist (tamsulosin) on incident of ejaculation and
semen quality in the goat.
Kimsakulvech, Suttiyotin, Pinyopummin.
Andrologia, Volume 47, Issue 3, March 2014
https://onlinelibrary.wiley.com/doi/abs/10.1111/and.12270

241.    Every major medical website, such as Stanford and Harvard, lists tamsulosin

as having adverse testicular side effects.

242.    The exact cause of tamsulosin's adverse effect on testicles is medically

unknown. However, a generally accepted theory is that: Tamsulosin disrupts the

prostate's function as a three-way valve. It is medically known that sperm gets

mixed with urine when on tamsulosin. Many men refuse to take tamsulosin

because of this adverse side effect.

243.    The theory is that urine enters the testicles from the vas deferens by 'back

54

flow of urine' from the prostate. It is the 'back flow of urine' which irritates and damages the testicle when taking tamsulosin.

244.   Another theory, applicable to Dr Greer, is that the tamsulosin attacked the smooth muscles of Dr Greer varicoceles, causing further varicocele damage, that intern caused further blood flow chokage and testicular damage.

245.   Patients who have varicoceles and who are on tamsulosin may damage their testicles in two ways; 1) as the varicocele chokes blood flow to the testicle, 2) tamsulosin causes urine to leak into the testicles. Every Urologist's should know this.

246.   HPH Dr Fitzgerald, Urologist, knew and had a fiduciary duty to know that tamsulosin is medically known to cause decreased sperm count, decreased ejaculate volume, cause erectile dysfunction, testicular shrinkage, and to alter the cellular structure of testicles.

247.   HPH Dr Fitzgerald, Urologist, knew and had a fiduciary duty to know that tamsulosin has No benefits to testicles and in-fact, is a testicular poison.

*** *Medical Record Anomaly # 8:*

248.   *There is No medical requirement to take tamsulosin prior to varicocele surgery.*

*249. Tamsulosin was  unnecessary prescribed.*

*250. Tamsulosin has No known benefit to testicles and is a known testicular poison.*

*251. It is an unexplained anomaly why HPH Dr Fitzgerald ordered a testicular poison prior to surgery.*

\*\*\*

**Fact 2 – Radiation is a testicular poison.**

252. Radiation in low doses can damage testicles and cause sterilization as shown in several medical studies and publications.

253. Two references are cited:

> 1. *"As one of the most radiosensitive organs, the testis can be significantly functionally impaired by very low doses of radiation [7]. Side-effects from radiation exposure can reduce the quality of life and can be dose limiting, leading to potential treatment reduction for patients with testicular cancer."* Reference: Low-dose-rate radiation exposure leads to testicular damage with decreases in DNMT1 and HDAC1 in the murine testis; Gong EJ, Shin IS, Son TG, Yang K, Heo K, Kim JS.; J Radiat Res. 2014.

2. *"Even relatively low doses of radiation, produced either from direct testicular irradiation or more commonly from scattered doses, may often lead to detrimental effects on sperm count and quality…….. Both experiments on animal models and data from clinical studies and from accidental radiation exposure have proven the high vulnerability of gonadal function to even relatively low radiation doses, resulting in quantitative and qualitative sperm abnormalities and sometimes endocrine dysfunction, often lasting for long periods or even indefinitely."* Reference: Radiotherapy and Testicular Function: A Comprehensive Review of the Radiation-Induced Effects with an Emphasis on Spermatogenesis. Georgakopoulos, I.; Kouloulias, V.; Ntoumas, G.-N.; Desse, D.; Koukourakis, I.; Kougioumtzopoulou, A.; Kanakis, G.; Zygogianni; *Biomedicines* 2024.

254. HPH and HPH Dr Fitzgerald, knew and had a fiduciary duty to know that radiation has No benefits to testicles and in-fact, is a testicular poison causing sterility.

**Fact 3 – Tamsulosin and radiation reduce surgical success.**

255. No medical tests, other than ultrasound, have been performed by HPH or HHSC to access the damage done to Dr Greer's testicles by tamsulosin and

radiation poisoning. No testosterone on sperm production tests were performed.

256.    The only specific fact known is that the tamsulosin and radiation shrunk both of Dr Greer's testicles as medically determined by pre and post testicular ultrasounds.

257.    Testicular atrophy is a medical indication of sterility.

258.    Dr Greer is now completely forcibly sterilized. There is No output. The goal of the conspiracy has been fully accomplished by HPH and HPH Dr Fitzgerald.

259.    There are No medical studies into the effects of tamsulosin and radiation on testicular recovery for patients undergoing varicocele surgery for testicular atrophy or infertility.

260.    Upon information and belief, the reason there are No medical studies into the effects of tamsulosin and radiation on testicular recovery for patients undergoing varicocele surgery is simple; State Laws prohibit poisoning and radiating people with the intent to do harm.

261.    Common sense suggests that when a person is being choked to death, a poison such as arsenic will not relief the problem. The problem is relieved by removing the choke from that person's throat, restoring proper air flow to the lungs.

58

262.   Common sense suggests that when a person's testicle is being choked by a varicocele, a poison such as tamsulosin or radiation will not relief the problem. The problem is relieved by removing the choking varicocele, restoring proper blood flow to the testicle.

263.   Common sense suggests 'one does not pour salt on a wound' and that tamsulosin and radiation would act like salt on a wound to prevent testicular recovery.

264.   Prior to tamsulosin and radiation poisoning, Dr Greer had an 80% chance of a full testicular recovery with a 20% chance of partial or No recovery base upon statistics from prior surgeries.

265.   After tamsulosin and radiation poisoning that further damaged and shrunk Dr Greer's testicles, the statistical outcome is unknown.

266.   However, Dr Greer believes the statistical outcome is currently still 80%. Because:

>  1. Months after the tamsulosin and radiation poisoning, Dr Greer's testicles have begun to recover.

>  2. Current testicular ultrasound shows Dr Greer's testicles to be 'normal' and 'viable' with exception of atrophy caused by

varicoceles.

267.   HPH Dr Fitzgerald, as a licensed Physician, has a fiduciary duty to know and insure that all medical procedures are performed with good intent to provide medical treatment for well-being.

268.   Prescribing a poison for the purpose of forced sterilization is a criminal decision and not a medical decision.

269.   HPH Dr Fitzgerald, as a licensed Physician, knew or should have known that tamsulosin and radiation are testicular poisons and as such would act to prevent testicular recovery after varicocele surgery.

270.   Upon information and belief of the three facts (**Tamsulosin is a testicular poison , Radiation is a testicular poison,** and **Tamsulosin and Radiation reduce surgical success),** HPH and HPH Dr Fitzgerald illegally prescribed tamsulosin and radiation to deny Dr Greer HPH medical services to reverse Dr Greer's forced sterilization.

271.   Upon information and belief of the three facts (**Tamsulosin is a testicular poison , Radiation is a testicular poison,** and **Tamsulosin and Radiation reduce surgical success),** HPH Dr Fitzgerald, as a licensed Physician, with deliberate indifference and malice prescribed a poison, tamsulosin, knowing that the poison would prevent correction of Dr Greer's forced sterilization, a federally protected

right (reproductive rights).

272.   Upon information and belief of the three facts (**Tamsulosin is a testicular poison , Radiation is a testicular poison,** and **Tamsulosin and Radiation reduce surgical success),** HPH and HPH Dr Fitzgerald illegally prescribed tamsulosin and radiation to accomplish the goals of the conspiracy, to forcibly sterilize Dr Greer.

273.   HPH and HPH Dr Fitzgerald criminal plan would have worked: varicocele surgery would have been performed; tamsulosin and radiation would have prevented testicular recovery; and Dr Greer would have not known of his forced sterilization.

274.   But, Dr Greer experienced a SATR.

### *Severe Adverse Tamsulosin Reaction (SATR)*

275.   Severe adverse tamsulosin reactions (SATR) occur when tamsulosin attacks smooth muscles other than the prostate.

276.   One common tamsulosin adverse effect is hypotension, caused when tamsulosin attacks smooth muscles in blood veins. The tamsulosin causes the blood veins to suddenly expand reducing blood pressure. It has resulted in deaths.

277.   Dr Greer had a SATR. The tamsulosin caused brain damage, heart failure, vascular damage, eye damage, further testicular damage and digestive damage.

278.   The damage was extensive because the tamsulosin attacked and damaged smooth muscles throughout Dr Greer's body. All of Dr Greer's bodily organs requiring smooth muscles were affected.

279.   The SATR occurred between January and February 2019 when Dr Greer took tamsulosin.

280.   The SATR was first diagnosed **a year later** by HHSC Dr Lui on January 3, 2020.

281.   HHSC Dr Liu diagnosed Dr Greer's heart (murmur), brain (cognitive decline and insomnia), further testicular damage, and vision problems due to the SATR.

282.   HHSC Dr Lui (Stanford University Graduate) was a young traveling physician from the mainland, temporarily on Kauai (as Dr Dupree was out on sick leave). HHSC Dr Lui had no personal involvement with other Kauai physicians and her medical opinion is unbiased by personnel involvement. HHSC Dr Lui was Not part of the conspiracy.

283.   Dr Liow, Neurologist, performed an MRI and EEG on January 22, 2022, **three years later**, showing Global Cortical Atrophy, Medial Temporal Lobe Atrophy, Parietal Lobe Atrophy, White Matter Lesions, Cognitive Impairment, Aphasia, Memory Deficit, Cortical Dysfunction, and Decreased Brain Network Connectivity.

284. HPH Dr Marconescu and HPH RN Melanie R diagnosed the SATR on December 26, 2024, **seven years later**, during an unrelated medical visit.

285. HPH Dr Fitzgerald, who ordered the tamsulosin, knew Dr Greer had experienced a SATR on the first medical visit after taking tamsulosin on March 4, 2019. Dr Greer told HPH Dr Fitzgerald he had a reaction, felt stoned 24/7, had insomnia (averaging 3 ½ hours of sleep a day since taking tamsulosin), and had vision problems. Dr Greer was in a complete fog. HPH Dr Fitzgerald responded by stating that Dr Greer did not drink enough water and dismissed or 'gaslighted' the SATR.

286. Due to symptoms from the SATR, a groin lump, HPH Dr Fitzgerald ordered a second testicular ultrasound performed on May 2, 2019.

287. A comparison between the first and second testicular ultrasounds (pre and post tamsulosin) shows that the tamsulosin damaged (shrunk) both left and right testicles. Dr Greer's left testicle was shrunk to the point where the testicle could not be identified on the second ultrasound. Dr Greer's normal right testicle was shrunk by 23%.

288. Besides taking tamsulosin, there was No other incident that occurred between the first and second testicular ultrasounds that could cause Dr Greer's further testicular damage (shrinkage).

289.  HPH and HPH Dr Fitzgerald confirmed on May 2, 2019 that Dr Greer experienced an SATR, shrinking both testicles.

290.  Refusing medical treatment for a severe adverse drug reaction by medical abandonment is a criminal decision and not a medical decision.

291.  HPH and HPH Dr Fitzgerald medically abandoned Dr Greer on May 16, 2019.

292.  HPH and HPH Dr Fitzgerald offered No explanation for what happened to Dr Greer's testicles.

293.  HPH and HPH Dr Fitzgerald offered No further medical treatment or tests.

294.  Dr Greer made several requests for help and medical treatment from HPH Dr Fitzgerald that were ignored.

295.  *"A physician who suspects that an adverse reaction to a drug or medical device has occurred has an ethical responsibility to: (a) Communicate that information to the professional community through established reporting mechanisms. (b) Promptly report serious adverse events requiring hospitalization, death, or medical or surgical intervention to the appropriate regulatory agency."* Ref: AMA Code of Medical Ethics. Opinion 8.8. Required Reporting of Adverse Events.

296.   HPH Dr Fitzgerald did not report Dr Greer's SATR.

297.   HPH Dr Fitzgerald did not treat the SATR and chose to medically abandon Dr Greer.

*** *Medical Record Anomaly # 9:*

298.   *HPH Dr Fitzgerald omitted any mention of polio disability, testicular disability, and the atrophic left testicle from the medical record.*

299.   *HPH Dr Fitzgerald's entire medical record from November 27, 2018 to May 16, 2019 (6 visits) is completely void of Dr Greer's medical condition.*

300.   *HPH Dr Fitzgerald's medical record of November 27, 2018 states "Atrophy appropriate for age".*

301.   *HPH Dr Fitzgerald was to perform surgery to restore Dr Greer's left testicular atrophy and sterility.*

302.   *HPH Dr Fitzgerald's medical record states that varicocele surgery was scheduled for testicular pain on a normal fully functioning left testicle (restoring the atrophic testicle is not mentioned).*

303.   *It is an unexplained anomaly why HPH Dr Fitzgerald's medical record does not correctly describe the medical condition of Dr Greer's testicle.*

\*\*\*

304.   Falsifying medical records is a crime in Hawaii.

305.   HPH and HPH Dr Fitzgerald falsifying medical records is an indication of criminal activity.

306.   Upon the previous facts, information and belief, HPH and HPH Dr Fitzgerald committed an intentional criminal act of forced sterilization and felony assault (loss of body part - testicles) with deliberate indifference and malice motivated by discriminatory eugenic belief. The previous facts:

> 1. HPH and HPH Dr Fitzgerald knew of the varicocele.

> 2. HPH and HPH Dr Fitzgerald knew the varicoele was causing the loss of a body part – Dr Greer's left testicle.

> 3. HPH and HPH Dr Fitzgerald knew varicocele surgery could fully cure Dr Greer's testicular disability and pain.

> 4. HPH and HPH Dr Fitzgerald had a fiduciary duty.

> 5. HPH and HPH Dr Fitzgerald falsified medical records, both polio and testicular disability were omitted from the medical record and there is No mention in the medical record of Dr Greer's atrophic testicle which HPH and HPH Dr Fitzgerald were to perform surgery.

6. HPH and HPH Dr Fitzgerald prescribed a testicular poison, tamsulosin, and CT radiation to prevent Dr Greer's recovery from forced sterilization after varicocele surgery.

7. HPH and HPH Dr Fitzgerald knew that the tamsulosin poison and CT radiation had damaged both Dr Greer's testicles by comparison of the first and second testicular ultrasounds which showed significant testicular shrinkage.

8. HPH and HPH Dr Fitzgerald medically abandoned Dr Greer, refusing to medically reverse Dr Greer forced sterilization and the bodily damage caused by the SATR.

7. HPH and HPH Dr Fitzgerald knowing allowed Dr Greer to continue to suffer with testicular disability and SATR. Testicular disability and SATR bodily damage continues **Today** without 'a standard of care' medical treatment.

8. No other reasons have been found in a 4 year internet search why HPH and HPH Dr Fitzgerald would knowingly poison and radiate a patient to prevent a surgical recovery from forced sterilization, an 'extreme and cruel' act, besides eugenic discriminatory belief as discussed in *Eugenic Beliefs*, ¶ 146 - 174.

307.   After medical abandonment by HPH and HPH Dr Fitzgerald, Dr Greer requested help and medical treatment from HHSC Dr Dupree, primary care provider for the SATR.

308.   HHSC Dr Dupree refused to treat Dr Greer's SATR and delayed medical treatment.

309.   Dr Greer's SATR occurred in January/February of 2019.

310.   Dr Greer first received medical treatment for brain damage ~3 – 1/2 years later on June 22, 2022.

311.   Dr Greer first received medical treatment for heart damage ~2 years later on January 14, 2021.

312.   Dr Greer first received medical treatment for eye damage ~4 months later on June 18, 2019.

313.   Dr Greer first received medical treatment for lymphedema ~5 years later on November 21, 2023.

314.   Dr Greer first received medical treatment for Post Polio ~4 – 1/2 years later on July 21, 2023.

315.   Dr Greer has not received medical treatment for his digestive and vascular damage caused by the SATR.

316.   Medical treatment for Dr Greer's SATR is sub-standard:

*** Example

317.   When Dr Greer's heart went into AFIB, No tests were conducted to determine the cause (only tests to confirm AFIB).

318.   Over 90% of AFIB's are caused by defects in the pulmonary veins (not by defects in the heart).

319.   Dr Greer's veins, including his pulmonary veins, were damaged by tamsulosin.

320.   There is a surgical procedure (cardiac ablation) which may cure Dr Greer's AFIB.

321.   Cardiac ablation was not mentioned or offered to Dr Greer.

322.   Dr Greer was offered blood thinners (anticoagulants) without consideration for Dr Greer's damaged blood vessels and low platelets.

323.   Blood thinners do nothing to treat the cardiac condition of AFIB.

324.   Blood thinners are often prescribed for AFIB patients because it prevents clots forming in the AFIB atrials (clots then travel to the brain causing strokes).

325.   Blood thinners also prevent coagulation of blood when a blood vessel is

*ruptured. The primary concern is excessive bleeding upon blood vessel rupture. Approximately 1% to 2% of patients on blood thinners experience serious bleeding, including cranial bleeding causing death.*

*326.   Dr Greer experienced cranial bleeding during the SATR.*

*327.   Dr Greer's primary concern in taking blood thinners is that tamsulosin damaged blood vessels would significantly cause an increase in bleeding risk.*

*328.   Dr Greer's first concern is that tamsulosin has damaged his vascular smooth muscles and the smooth muscles may not constrict properly upon rupture.*

*329.   The body's first line of bleeding defense is that blood-vessel smooth-muscles constrict, clamping down on the blood vessel (like a snake), causing bleeding to slow. [This is why Hawaii's shark bite victims make it to shore, the smooth muscles constrict reducing blood loss thru the rupture].*

*330.   Dr Greer's second concern is that his platelets are half of normal. Platelets are the body's primary natural coagulation bleeding factor. Dr Greer's low platelets are a natural blood thinner. No medical studies have been performed to evaluate the effect of blood thinners on a patient with low platelets.*

*331.   HPH Physicians performed No tests to determine the condition of Dr Greer's vascular system (smooth muscle constriction and natural clotting ability).*

*332.  HPH Physicians did not take into account Dr Greer's damaged blood vessels or natural bleeding factors when prescribing blood thinners.*

*333.  Dr Greer refused to take the prescribed blood thinners and he expressed his reasons why; blood thinners will kill Dr Greer by cranial bleeding.*

*334.  Dr Greer has experienced 3 traumatic brain events which he believes to be caused by bleeding into his brain from damaged cranial blood vessels (strokes) caused by the tamsulosin. The symptoms after the events were similar; in a fog, 24/7 (stoned), loss of appetite (10 lbs in 2 weeks). The brain events have not been medically examined for cause or diagnosis.*

*335.  Dr Greer could very well have died from a massive brain hemorrhage if he had been taking prescribed blood thinners when a traumatic brain event occurred.*

*336.  HPH Physicians had a fiduciary duty to insure that the drugs they prescribe will provide benefit to their patients.*

*337.  HPH Physicians knew Dr Greer's blood vessels were weakened and HPH Physicians knew of Dr Greer's the low platelets.*

*338.  HPH knowingly prescribed blood thinners that could result in harm without first performing tests to verify that the drug is safe.*

\*\*\*

339.   HPH (HPH Dr Marconescu and HPH RN Melanie R) diagnosed the SATR six years after the SATR occurred.

340.   Subsequently, HPH Sheri Yanagida , non-medical personnel (risk management), has rescinded the diagnosis in an HPH document dated January 16, 2025; stating that Dr Greer did not have a SATR.

341.   No licensed Physician has diagnosed that Dr Greer did not have a SATR.

342.   No licensed Physician could ethically diagnose that Dr Greer did not have a SATR because:

> 1. The testicular ultrasounds show that Dr Greer's testicles were shrunk by the tamsulosin.

> 2. The SATR has been diagnosed by three licensed Physicians, HHSC Dr Lui, Dr Liow, and HPH Dr Marconescu.

> 3. Dr Greer's mouth (inside cheeks) is a battle ground of bleeding and scaring from biting while chewing. The tamsulosin also attacked the smooth muscles of Dr Greer's cheeks, he has lost muscle tone. His cheeks sag in, resulting in cheek biting. Any licensed Physician would be compelled to diagnose the SATR upon examination of Dr Greer's mouth.

343.   HPH Sheri Yanagida is not a licensed Physician and is practicing medicine without license.

344.   HPH and HPH Sheri Yanagida are preventing Dr Greer from receiving surgery to reverse his fraudulently concealed forced childhood sterilization (left testicle) and to reverse his elder sterilization (right testicle).

345.   Upon information and belief, HPH and HPH Sheri Yanagida are, with deliberate indifference and malice, committing a felony crime of forced elder sterilization (Elder Abuse) because of discriminatory eugenic belief and committing a felony crime by refusing to treat Dr Greer's SATR:

> 1. HPH and HPH Sheri Yanagida knew of the forced sterilization (refusal to perform varicocele surgery causing sterilization).
>
> 2. HPH and HPH Sheri Yanagida knew of the forced sterilization could be reversed with varicocele surgery.
>
> 3. HPH and HPH Sheri Yanagida knew of the SATR.
>
> 4. HPH and HPH Sheri Yanagida has refused to medically treat Dr Greer's forced sterilization (a federally protected right) and the adverse health effects of the SATR which will cause Dr Greer's death.

346.   Upon information and belief, HPH and HHSC policies, procedures, and

practices do not insure proper medical care for disabled patients (a standard of medical care) equal to the medical care given to non-disabled patients.

347.   Upon information and belief, HPH and HHSC policies, procedures, and practices allowed Dr Greer to be subjected to disability discrimination (forced sterilization and medically untreated SATR) because discriminatory eugenic belief.

### *Unexplained Medical Anomalies*

*** *Medical Record Anomaly # 10:*

*348.   HPH Dr Fitzgerald's medical record of March 22, 2019 states she informed Dr Greer of the risks of persistent pain and testicular atrophy occurring as a complication of surgery.*

*349.   Contrary to the medical record, as Dr Greer witnessed, HPH Dr Fitzgerald did not inform Dr Greer that his **already fully atrophic testicle might become atrophic as a result of surgery.***

*350.   HPH Dr Fitzgerald and Dr Greer discussed and concluded prior to surgery that there were Minimal surgical risks associated with surgery:*

> *1. The surgery is outpatient, low risk, 98% effective, takes about an hour, No blood required.*

> *2. The actual surgery, micro-surgery, is performed outside the body*

74

*(as the testicular veins (spermatic cord) are pulled out of the abdominal cavity prior to ligation).*

*3. After surgery, a one inch surgical incision scar, where the spermatic cord was pulled out, is all that remains.*

*4. Most patients return to work the next day.*

*5. Micro surgery performed by a skilled surgeon with up-to-date equipment is almost foolproof.*

*6. HPH Dr Fitzgerald and Dr Greer knew that if anything were to go wrong during the low risk, out-patient surgical procedure (or if the surgery went fine but with undesirable results), Dr Greer's left non-functional atrophic testicle could always be removed and replaced with a prosthesis.*

*351.  HPH Dr Fitzgerald and Dr Greer discussed that medical studies show the success rate of varicocele surgery completely reliving pain and atrophy (by catch-up growth after surgery) is 80%. And partial recovery at 90%. And 10% resulting in No recovery or worsening recovery which may be corrected with a second surgical attempt.*

*352.  It is an unexplained anomaly why HPH Dr Fitzgerald would cite atrophy as*

75

*a risk of surgery in the medical record for an already atrophic testicle. There is No risk.*

*353.   It is an unexplained anomaly why HPH Dr Fitzgerald would cite pain as a risk of surgery for an already painful testicle which is atrophic and sterile. There is No risk.*

\*\*\*

\*\*\* *Medical Record Anomaly # 11:*

*354.   A fraudulent Computed Tomography (CT) was performed.*

*355.   HPH Dr Fitzgerald's medical record of March 4, 2019 state that she ordered a CT, "Computed tomography abd pelvis (include groin secondary to history of varicocele) W / WO contrast", to check for varicocele etiology ."*

*356.   HPH Dr Culliney, radiologist, performed the CT and wrote the CT report on March 5, 2019.*

*357.   HPH Dr Culliney states in his report that the CT did not contain the groin, contrary to HPH Dr Fitzgerald's order.*

*358.   Dr Greer personally reviewed the CT, the groin area was omitted.*

*359.   HPH Dr Culliney's report did not examine or discuss varicocele etiology*

*which was purpose of the CT.*

*360.    HPH Dr Fitzgerald states in her medical record of March 22, 2019 that she reviewed to CT and found "CT imaging had indicated no etiology for varicoceles"*

*361.    However, HPH Dr Fitzgerald could not have reviewed the CT for varicocele etiology because the varicoeles and testicles were not scanned, the groin area was omitted.*

*362.    CTs are generally not performed on varicocele patients because of the damaging radiation to reproductive body parts. Non-evasive testicular ultrasounds provide the same testicular information as CTs without damaging radiation.*

*363.    It is an unexplained anomaly why HPH Dr Fitzgerald ordered a groin CT, subjecting Dr Greer to needless damaging radiation.*

*364.    It is an unexplained anomaly why the CT was performed without the groin because The CT had No purpose without the groin to examine for varicocele etiology.*

\*\*\*

365.    The CT was conducted after Dr Greer took tamsulosin and experienced the SATR, shrinking his testicles. Therefore, the CT would reflect the damaged and shrunken testicles.

366.  There were three CT scans as Dr Greer witnessed:

1. The first scan contained the groin.

Then there was a 15 to 20 minute break. The technician said that Physicians were reviewing the CT for quality before continuing. We spent the time talking about my Japan train journey.

2. The second scan omitted the groin area.

3. The third scan, with contrast, omitted the groin area.

367.  The slice being scanned by the CT is that portion of the body directly inside the machine's donut. Dr Greer knew what part of his body was being scanned at all times.

368.  The first CT scan, with groin, was discarded and does not appear in the medical record.

369.  The second and third CT scans, without groin, are in the medical record.

370.  HPH and HPH Physicians knew (or thought) by conclusive evidence of the first CT scan that Dr Greer's left atrophic testicle had been destroyed and Dr Greer's right testicle shrunk by 23%.

371.  Testicular shrinkage of 23% is a medical indication of a damaged, non-

functional testicle, and infertility.

372.   The first CT scan provided HPH and HPH Dr Fitzgerald confirmation that the sterilization that had began in 1966 had been completed in 2019 (53 years later).

373.   Upon information and belief, HPH and HPH Dr Fitzgerald intentionally omitted Dr Greer's first CT scan, containing the groin, from the medical record to meet the goal of the conspiracy to forcibly sterilize Dr Greer because of discriminatory eugenic belief.

*** *Medical Record Anomaly # 12:*

*374.   Dr Greer requested and was told he was to receive varicocele Micro-surgery but Open-surgery was planned without Dr Greer's knowledge.*

*375.   On January 23, 2919, Dr Greer requested **micro**-surgery, the gold standard, for varicocele repair. HPH Dr Fitzgerald agreed to perform **micro**-surgery if tamsulosin does not relieve pain.*

*376.       **Micro** surgery is 95% successful.*

*377.       **Laparoscopic** surgery is 92% successful.*

*378.       **Open** surgery is 70% successful.*

*379.    On January 23, 2919, unknown to Dr Greer at the time, HPH Dr Fitzgerald's medical record state: "If you have persistent left varicocele pain we will offer you a left varicocelectomy **laparoscopic** versus **open** groin procedure."*

*380.    On March 4, 2019, unknown to Dr Greer at the time, HPH Dr Fitzgerald's medical record state: "If you have persistent left varicocele pain we will offer you a left varicocelectomy **laparoscopic** versus **open** groin procedure."*

*381.    On March 22, 2019: unknown to Dr Greer at the time, HPH Dr Fitzgerald's medical record state: "If you have persistent left varicocele pain and no abd groin etiology we will offer you a left **open** groin procedure."*

*382.    HPH Dr Fitzgerald changed the procedure from **laparoscopic** (92% success) to **open** (70% success) without reason and without informing Dr Greer who believed he was receiving micro surgery.*

*383.    HPH Dr Fitzgerald told Dr Greer that he was to receive **micro** surgery while secretly planning to perform **laparoscopic** surgery, and then secretly changed the procedure to **open**.*

*384.    It is an unexplained anomaly why HPH Dr Fitzgerald would tell Dr Greer he was to receive **micro** surgery when covertly planning **open** surgery.*

\*\*\*

385.   Many small rural hospitals, such as HPH-Kauai, do not have surgical microscopes.

386.   Physicians experienced with laparoscopic surgery may not be experienced with micro surgery.

387.   Dr Greer expressed to HPH Dr Fitzgerald his desire for micro surgery and his willingness to travel to UCSF or Stanford for micro surgery.

388.   HPH and HPH Dr Fitzgerald knew laparoscopic surgery is video based and recorded.

389.   HPH and HPH Dr Fitzgerald knew that they could not 'fake on laparoscopic video' ligating a varicocele that does not exist. (as the first discarded CT scan showed No left testicle and No left varicocele.)

390.   HPH Dr Fitzgerald gave No reason in the medical record for changing the procedure from laparoscopic to open.

391.   Upon information and belief, HPH and HPH Dr Fitzgerald change the procedure from laparoscopic to open because open surgery is not recorded and HPH and HPH DR Fitzgerald could then fake ligating a non-existent varicocele.

*** *Medical Record Anomaly # 13:*

392.   *The CT shows varicocele etiology and a surgical complication that HPH Dr*

81

Fitzgerald and HPH Dr Culliney missed when reviewing the CT.

393.  HPH Dr Mackiernan, radiologist, independently reviewed the CT on May 2, 2019 and found the "left gonadal vein to be somewhat smaller than the right".

394.  A small gonadal vein is a potential varicocele etiology and surgical complication.

395.  Dr Greer requested a copy from HPH of the high resolution CT scan of the right and left gonadal veins for comparison. The request was denied.

396.  The testicular veins are a group of small veins leaving the testicle which cascade together to form the gonadal vein leading blood flow to the heart. A small gonadal vein could potentially cause varicoceles and could potentially prevent testicular recovery after varicocele surgery.

397.  Or the small left gonadal vein is also evidence that Dr Greer's left testicle never developed at puberty. It is possible that Dr Greer's left gonadal vein did not develop at puberty because there was No blood flow demand from the atrophic testicle. The classic medical principle of 'use it or lose it', or in this case, 'use it or it does not develop'.

398.  It is an unexplained anomaly why both HPH Dr Culliney and HPH Dr Fitzgerald missed the varicocele etiology on the CT.

\*\*\*

399.  The left gonadal vein is the only body part on the CT that can be reviewed for varicocele etiology (as the groin area was omitted).

400.  HPH Dr Culliney and HPH Dr Fitzgerald had one item to review on CT and they both missed it.

401.  Upon information and belief, it is extremely unlikely that HPH Dr Culliney and HPH Dr Fitzgerald missed the small left gonadal vein on CT.

402.  Upon information and belief HPH Dr Culliney and HPH Dr Fitzgerald knew of the small left gonadal vein etiology and chose Not to report the etiology, knowing falsifying medical records.

### _Forced Sterilization is On-Going Today_

403.  Withholding cost effective and approved medical treatment (which has been given to thousands of American men to correct testicular infertility) to reverse forced sterilization without a valid medical reason is a criminal decision and not a medical decision.

404.  After medical abandonment by HPH and HPH Dr Fitzgerald, Dr Greer requested help and medical treatment from HHSC Dr Dupree, primary care provider.

405.  HHSC Dr Dupree refused to treat Dr Greer's damaged testicles.

406.  HHSC Dr Dupree refused to make any varicocele surgery referrals.

407.  HHSC Dr Dupree retired and HHSC Dr Horton became Dr Greer's primary care provider on May 16, 2022. Dr Greer began to receive partial medical treatment.

408.  HHSC Dr Horton referred Dr Greer to HHSC Dr Ortolano, Urologist, for varicocele surgery. HHSC Dr Ortolano ordered the third testicular ultrasound performed on October 25, 2023. The ultrasound was performed incorrectly resulting in an erroneous diagnosis of No varicocele.

409.  HHSC Dr Ortolano's opinion (what Dr Ortolano told Dr Greer) was that the ultrasound was incorrect and the varicoceles did exist and were most likely shrunk by the tamsulosin as varicoceles do not go-away by themselves (not self-correcting).

410.  HHSC Dr Ortolano did not offer varicocele corrective surgery or any further medical treatment.

411.  HHSC Dr Ortolano gave No explanation why varicocele surgery was scheduled in 2009 for Dr Greer's Testicular Disability but could not be scheduled in 2024 for Dr Greer's Testicular Disability.

412.   Dr Greer requested varicocele corrective surgery and further medical tests from HHSC Dr Horton in the light of the incorrect third testicular ultrasound and HHSC Dr Ortolano's refusal of varicocele corrective surgery.

413.   HHSC Dr Horton, HHSC Dr Ortolano, HPH Dr Tran, HPH Dr Orlang, and HPH Dr Greig have denied Dr Greer's request for varicocele corrective surgery and further medical tests. Dr Horton has stated in a medical correspondence on the HHSC website dated December 26, 2023, *"ALL of them know of NO treatment nor diagnostic test available or known to them to treat your vascular testicular problem"*. No facts or justification was given for their opinion. However, varicocele surgery is available and is statically known to have an 80% success rate in curing testicular disability.

*** *Medical Record Anomaly # 14:*

*414.   HHSC Dr Horton prescribes Spironolactone.*

*415.   Spironolactone is a drug often used in feminizing hormone therapy for transgender women.*

*416.   Spironolactone blocks the effects of testosterone.*

*417.   Spironolactone is not an appropriate drug for Dr Greer as he has abnormally low testosterone due to left testicular atrophy.*

*418.    It is an unexplained anomaly why HHSC Dr Horton prescribed a drug commonly used in feminizing hormone therapy for transgender women for a patient, Dr Greer, with testicular disability.*

\*\*\*

419.    Dr Greer, again, complained to HHSC Dr Horton for medical treatment for his testicular disability, stating that his varicoceles exist and that the second and third testicular ultrasounds were conducted incorrectly.

420.    HHSC Dr Horton agreed to make another referral to another Urologist for a third opinion.

421.    Dr Greer was referred to HPH Dr Miller, Urologist, on 5/17/2024.

422.    Dr Greer sent an email to HPH Dr Miller stating:

*423.    "I believe the varicoceles exist and may be treated:*

> *1. Varicoceles have never been reported in medical literature to self-correct themselves or miraculously disappear.*

> *2. There was no follow-up medical treatment to explain the anomaly between the testicular ultrasounds; what caused the destruction of my left testicle and varicoceles. And the shrinkage of my right testicle.*

3. The First, Second, and Third Ultrasounds diagnosed the varicoceles strictly by vein diameter size (less than 1mm >> normal vein, 1 to 3mm >> a grey area, greater than 3mm >> varicocele).

4. The First, Second, and Third Ultrasounds were performed in the supine position (lying flat) while at rest. According to medical literature, to avoid misdiagnosis, the ultrasounds should have been performed in the standing position while putting pressure on the varicoceles with a valsalva maneuver. The varicoceles may have blown-up like a balloon.

5. Testicular vein reflux parameters were not measured and should have been measured by Color Doppler Ultrasound.  According to medical literature, reflux parameters are a more accurate measurement for diagnosing varicoceles (compared to vein diameter size diagnosis). High resolution MRI can also measure testicular reflux parameters and visualize testicular vein anomalies.

I believe, in the light of No further medical tests, the only logical explanation is that my varicoceles identified in the First Testicular Ultrasound were shrunk, as the testicles were shrunk. The Second and Third Testicular Ultrasounds misdiagnosed the presents of

*varicoceles because of the shrinkage as diagnosing varicoceles was*
*done strictly by vein diameter size."*

424.   HPH Dr Miller did agree that the testicular ultrasounds should have measured the varicoceles with a valsalva maneuver.

425.   HPH Dr Miller ordered a Fourth Testicular Ultrasound.

426.   The Fourth Testicular Ultrasound with a valsalva maneuver was conducted at HPH (Kauai) on 6/24/2024.

427.   The Fourth Testicular Ultrasound found the varicoceles:

      1.   Dr Greer's right varicocele was measured up to 3.1 mm.

      2.   Dr Greer's left varicocele was measured at up to 4 mm.

428.   The 'blowing-up' of Dr Greer's varicoceles with a valsalva maneuver was expected. The smooth muscles are the backbone of the veins as they provide for the vein's structural strength and are responsible for vein dilatation. The tamsulosin weakened the structural strength of Dr Greer's veins; analogous to 'blowing-up' a long thin balloon compared to 'blowing-up' a garden hose.

429.   The fourth testicular ultrasound identified varicoceles as the cause (etiology) of Dr Greer's testicular disability.

88

430.  The fourth testicular ultrasound identified No other causes (etiology) for Dr Greer's testicular disability.

431.  HPH Dr Miller has denied Dr Greer medical treatment for his testicular disability stating: 1) Dr Greer's Atrophic Left Testicle will not respond to varicocele corrective surgery; 2) Varicocele corrective surgery may cause increased testicular pain.

**432.  HPH Dr Miller's reasoning that Dr Greer's Atrophic Left Testicle will** not respond to varicocele corrective surgery is unfounded:

433.  The authority for varicocele medical treatment is the American Society for Reproductive Medicine and Society for Male Reproduction and Society for Male Reproduction and Urology, Report on varicocele and infertility: a committee opinion (ASRM 2014).

434.  According to ASRM 2014 guidelines, adolescent males should be offered varicocele corrective surgery for abnormal semen (testicular atrophy and low testosterone), and testicular pain.

435.  Dr Greer was Not offered varicocele corrective surgery as an adolescent, adult, or elder.

436.  ASRM 2014 states:

> *"Most studies have reported that semen quality improves in a*
> *majority of patients after varicocele repair, as defined by a*
> *comparison of pretreatment and posttreatment semen parameters."*

437.  Varicocele surgery for atrophic-sterile testicular recovery is highly successful, with the majority of published medical studies reporting full testicular recovery of 80% as testicular 'catch-up' growth occurs during the first year after surgery.

438.  The fourth testicular ultrasound report states that Dr Greer's atrophic left testicle "is of normal echotexture", "Normal color Doppler flow", and "the left epididymal head is normal".

439.  In summary, the fourth testicular ultrasound report states that Dr Greer's atrophic left testicle is 'Normal' with the exception of being undeveloped at puberty. Dr Greer has the same chance of a successful surgical result, 80% full testicular recovery, as anyone else.

440.  HPH and HPH Dr Miller have stated No valid medical reason why corrective varicocele surgery will not reverse Dr Greer's fraudulently concealed forced childhood sterilization.

441.  **HPH Dr Miller's reasoning that Dr Greer's atrophic left testicle pain** may increase with varicocele surgery is unfounded as well:

90

442.   According to ASRM 2014 guidelines, Dr Greer should be offered varicocele corrective surgery for his testicular pain:

> "*An adult male who is not currently attempting to achieve conception but has a palpable varicocele, abnormal semen analyses and a desire for future fertility, **and/or pain related to the varicocele is also a candidate for varicocele repair**.*"

443.   Varicocele surgery for pain relief and atrophic recovery is highly successful, with the majority of published medical studies showing complete pain resolution in 83 to 100 percent of patients (92 percent average success).

444.   Dr Greer has nothing to lose. The testicle is non-functional and sterile.

445.   Dr Greer's atrophic left testicle may be removed should anything go wrong (such as increased pain) with the low risk, out-patient, and no blood required varicocele surgery and the left testicle replaced with a prosthesis.

446.   HPH and HPH Dr Miller have stated No valid medical reason why corrective varicocele surgery will not correct (stop) Dr Greer's testicular pain.

447.   HPH and HPH Dr Miller have stated No valid medical reason why Dr Greer's testicles will not respond to varicocele corrective surgery.

448.   **At present, Dr Greer desires and has requested varicocele corrective**

surgery for both the left and right testicles from HPH and HHSC for:

    a.  Testicular Atrophy and Sterility Reversal.

    b.  Testosterone Production Improvement.

    c.  Testicular Pain.

449.  It is Dr Greer's opinion that the benefits of varicocele surgery, to restore a normal sexual life, correcting sexual child abuse (forced sterilization), and correcting elder sterilization, far out-weigh the one-time risk of surgery.

450.  It is medically possible (likely) that the tamsulosin did not directly damage Dr Greer's testicles, but the tamsulosin further damaged the varicoceles which in turn damaged the testicles.

451.  Dr Greer's full (left and right) forced sterilization may be corrected with both left and right varicocele surgery.

452.  There are No medical tests available to determine if Dr Greer's testicles will fully recover with left and right varicocele surgery.

453.  The only test is to perform the surgery and wait to see if the testicles respond and grow.

454.  As discussed above in section '*Eugenic Beliefs*, ¶ 146 – 174, absent a valid

medical reason, the only remaining reason for refusing to correct fraudulently concealed forced childhood sterilization and on-going forced elder sterilization is discriminatory eugenic belief that disabled persons are imbeciles and should not breed.

455.   As discussed above in section '*Eugenic Beliefs*, ¶ 146 – 174, because both HPH and HHSC knew that correctable varicoceles were causing Dr Greer's testicular disability (atrophy, sterilization, pain), HPH and HHSC are currently committing the very same crime (felony assault - intentional damage or loss of a body part – testicles) with malice of forced sterilization as KPcal in 1966 because of discriminatory eugenic belief.

456.   HPH and HHSC knew of Dr Greer's varicoceles and have fiduciary duty to inform Dr Greer of the varicoceles, and medically care for Dr Greer's testicular disability which includes providing varicocele surgery to correct Dr Greer's testicular disability and forced childhood sterilization.

457.   Upon information and belief, HPH and HHSC Chief Executive Officer's (CEO's) Edward Chu and Raymond Vara knew or should have known of Dr Greer's fraudulently concealed forced childhood sterilization and elder forced sterilization due to a correctable varicoele. Because:

> 1. The conduct was criminal and CEO's have a responsibility to

ensuring their company complies with all applicable laws. CEOs are

expected to set an ethical tone for the company and ensure that

employees follow ethical standards.

2. The conduct occurred over a lengthy time period of 13 years from

2012 to present.

3. The conduct involved multiple Physicians (multiple employees); 10

HPH Physicians (Dr Fitzgerald, Dr So, Dr Sakoda, Dr Rao, Dr

Marconescu, Dr Culliney, HPH Dr Orlang, HPH Dr Greig Dr Tran,

and Dr Miller); 6 HHSC Physicians (Dr O'Neill, Dr Dupree, Dr Scott,

Dr Horton, and Dr Ortolano).

4. HPH and HHSC CEO's have been given prior notice and an

opportunity to correct the criminal miss-conduct. Approximately one

year ago, on July, 14, 2024, Dr Greer filed a complaint, 20-00299-

JMS-RT, stating an uncorrected varicocele as the cause of testicular

disability. HPH and HHSC CEO's failed to take corrective action and

correct the varicocele.

458.   Upon information and belief, HPH and HHSC Chief Executive Officer's

(CEO's) Edward Chu and Raymond Vara: Either

1. Knew and with malice failed to take corrective action to correct an

on-going conspiracy to deprive rights and an on-going felony crime to forcibly sterilize Dr Greer,

Or

2. Have discriminatory procedures and policies which allow for conspiracies to deprive rights and felony crimes to be committed by HPH and HHSC Physicians without detection and correction,

Or both.

## *Enters Defendant County of Kauai (CoK)*

459.   On June 11, 2020, Dr Greer filed the first criminal complaint with the CoK Kauai Police Department (KPD).

460.   Dr Greer explained the crime to KPD to the best of his ability.

461.   Dr Greer was, and currently is, recovering from a traumatic brain injury, a SATR, causing brain damage, dementia, and aphasia which substantially limits Dr Greer's ability to communicate and understand, oral worst than written. Dr Greer performs better when he has time (days) to process mental thoughts.

462.   Dr Greer did Not know of the forced childhood sterilization.

463.   Dr Greer only knew, at the time, that Physicians had fraudulently concealed

varicocele surgery and fraudulently used Dr Greer's nerve damage from polio as the fraudulent reason, to withhold varicocele medical treatment.

464.   The criminal complaint submitted to KPD alleges:

> 1. Fraudulently concealed varicocele surgery (fraudulently concealed forced childhood sterilization).

> 2. Prescription drug poisoning and radiation poisoning (to complete the forced sterilization).

> 3. Medical abandonment and refusal to treat the SATR.

> 4. On-going withholding of varicocele surgery to reverse Dr Greer's testicular disability (on-going forced elder sterilization – Elder Abuse).

**465.   On June 13, 2020, KPD Officer Mesanko, the lead investigator, filed a** one paragraph 'Status' report, ordering the criminal complaint referred to the State Medical Board for criminal review.

466.   The State Medical Board is the State Entity empowered to determine medical licensing law violations against physicians including medical crimes.

467.   On July 10, 2020, approximately a month later, Dr Greer received his first response from KPD Officer Mesanko, which stated, "This should be brought up to

the medical board".

468.   On July 11, 2020, the following day, Dr Greer received a second response from KPD Officer Mesanko which stated "there has been no assault".

469.   No reason, No facts and No justification was given by KPD Officer Mesanko for her abrupt change in opinion from 'A Medical Crime Review by the Medical Board' to 'No Crime'.

470.   KPD Officer Mesanko did not file an investigation report.

471.   There is no documentation showing what KPD Officer Mesanko did, if anything, during her one month investigation.

472.   There is no documentation showing what facts KPD Officer Mesanko uncovered which led to KPD Officer Mesanko's decision of 'No Crime'.

473.   KPD Officer Mesanko did not interview or talk Dr Greer.

474.   KPD Officer Mesanko failed to explain to Dr Greer, a mentally disabled person, the reason for her decision of 'No Crime'.

475.   KPD Officer Mesanko has no authority to make a ruling in a Medical Felony Crime and Elder Abuse case.

476.   Generally, a ruling in a felony medical crime is a decision reserved for the

State of Hawaii's Medical Board and the Courts.

477.  KPD Officer Mesanko has no medical training or credentials to properly and correctly evaluate medical issues.

478.  KPD Officer Mesanko did not examine Dr Greer's medical records for criminal content and intent.

479.  KPD Officer Mesanko ruled Dr Greer's criminal complaint to be 'No Crime' without addressing the criminal issues alleged:

> 1. Fraudulently concealed varicocele surgery (fraudulently concealed forced childhood sterilization).

> 2. Prescription drug poisoning and radiation poisoning (to complete the forced sterilization).

> 3. Medical abandonment and refusal to treat the SATR.

> 4. On-going withholding of varicocele surgery to reverse Dr Greer's testicular disability (on-going forced elder sterilization – Elder Abuse).

480.  KPD Officer Mesanko ruled Dr Greer's criminal complaint to be 'No Crime' without answers the following questions:

1. What caused the destruction of Dr Greer's left atrophic testicle?

2. What caused the damage (23% shrinkage) of Dr Greer's right testicle?

3. Was tamsulosin prescribed in the best interest of the patient (Dr Greer)?

4. Is there medical documentation showing that tamsulosin has a medical benefit for testicular pain?

5. Is tamsulosin a testicular poison?

6. Was the tamsulosin prescribed to prevent testicular recovery after surgery?

7. Why was there no medical treatment for Dr Greer's atrophic testicle during the past 56 years?

8. Why did HHSC Dr O'Neill, HHSC Dr Dupree and HPH Dr Fitzgerald omit Dr Greer's testicular disability (atrophic, sterile, pain) testicle in the medical record?

9. Why did Dr Fitzgerald change the medical procedure from laparoscopic to open at the last minute and without an explanation?

10. Why Dr Dupree did not offer varicocele corrective surgery after confirming Dr Greer's atrophic testicle with a testosterone test on May 15, 2017?

11. Why did Dr Fitzgerald fail to mention the small left gonadal vein, a major surgical complication and varicocele etiology, as shown on the CT?

12. Was a "standard of care" met when Dr Greer's had a SATR or was the Dr Greer medically abandoned?

***Police Record Anomaly # 1:*

481.   *CoK, KPD and KPD Officer Mesanko, the lead investigator, did not file a final investigation report.*

482.   *It is an unexplained anomaly why CoK, KPD and KPD Officer Mesanko did not file a final investigation report.*

***Police Record Anomaly # 2:*

483.   *CoK, KPD and KPD Officer Mesanko did not send the criminal complaint to the State Medical Board for criminal review as Officer Mesanko, the lead investigator ordered.*

484.   *It is an unexplained anomaly why the criminal complaint was not sent to the*

*State Medical Board for criminal review.*

****Police Record Anomaly # 3:*

*485.   CoK, KPD and KPD Officer Mesanko gave No reason, No facts, and No justification for the decision of 'No Crime'.*

*486.   It is an unexplained anomaly how and why CoK, KPD and KPD Officer Mesanko determined 'No Crime'.*

****Police Record Anomaly # 4:*

*487.   CoK, KPD and KPD Officer Mesanko did not address the criminal issues of the criminal complaint:*

> *1. Fraudulently concealed varicocele surgery (fraudulently concealed forced childhood sterilization).*

> *2. Prescription drug poisoning and radiation poisoning (to complete the forced sterilization).*

> *3. Medical abandonment and refusal to treat the SATR.*

> *4. On-going withholding of varicocele surgery to reverse Dr Greer's testicular disability (on-going forced elder sterilization – Elder Abuse).*

488.  *It is an unexplained anomaly how and why CoK, KPD and KPD Officer*

*Mesanko determined 'No Crime' without addressing the criminal issues.*

***

**489    On July 30, 2020, KPD Sergeant Caspillo filed a one-page** 'Supplemental

Narrative' which is not an investigation report.

490.  KPD Sergeant Caspillo states in his 'Supplemental Narrative' that KPD did

not conduct an investigation.

491.  KPD Sergeant Caspillo states in his 'Supplemental Narrative' that the reason

KPD did not conduct an investigation is because KPD Sergeant Caspillo and Kauai

County Deputy Prosecutor Torigoe read the criminal complaint and decided there

was 'No Crime'.

492.  KPD Sergeant Caspillo and Kauai County Deputy Prosecutor Torigoe ruled

that criminal complaint was an accident, professional negligence, or an error.

493.  KPD Sergeant Caspillo and Kauai County Deputy Prosecutor Torigoe have

provided No reason, No facts, and No justification for their ruling.

494.  KPD Sergeant Caspillo and Kauai County Deputy Prosecutor Torigoe have

no authority to make a ruling in a Medical Felony Crime case.

495.  The 'Supplemental Narrative' was filed 19 days after Dr Greer was given

the decision of 'No Crime' (KPD Officer Mesanko email of 'No Crime' on July

10, 2020) and 49 days after the criminal complaint was filed.

496.   Filing a police report 19 days late is tainted.

497.   KPD Sergeant Caspillo states in his 'Supplemental Narrative' that all he and

Prosecutor Torigoe did was to read Dr Greer's criminal complaint. No other action

was taken.

498.   KPD Sergeant Caspillo and Deputy Prosecutor Torigoe ruled Dr Greer's

criminal complaint to be 'No Crime' without addressing the criminal issues

alleged:

> 1. Fraudulently concealed varicocele surgery (fraudulently concealed
>
> forced childhood sterilization).
>
> 2. Prescription drug poisoning and radiation poisoning (to complete
>
> the forced sterilization).
>
> 3. Medical abandonment and refusal to treat the SATR.
>
> 4. On-going withholding of varicocele surgery to reverse Dr Greer's
>
> testicular disability (on-going forced elder sterilization – Elder
>
> Abuse).

499.   KPD Sergeant Caspillo and Deputy Prosecutor Torigoe ruled Dr Greer's

criminal complaint to be 'No Crime' without answers the following questions as required for a proper criminal investigation as previously stated, ¶ 480.

500.   The 'Supplemental Narrative' does not address why Dr Greer's criminal complaint was Not sent to the State Medical Board for criminal evaluation as KPD Officer Mesanko, lead investigator, ordered.

***Police Record Anomaly # 6:*

*501.   It is an unexplained anomaly why CoK, KPD, and KPD Sergeant Caspillo filed a 'Supplemental Narrative' late, 19 days after the decision of 'No Crime' was made.*

***Police Record Anomaly # 7:*

*502.   It is an unexplained anomaly why it took KPD Sergeant Caspillo and Kauai County Deputy Prosecutor Torigoe 49 days to read Dr Greer's criminal complaint and write a one-page narrative.*

***

503.   KPD Officer Mesanko, KPD Sergeant Caspillo, and Kauai County Deputy Prosecutor Torigoe entered the conspiracy to forcibly sterilize Dr Greer when they refused to provide CoK services to 'Serve and Protect' Dr Greer by intervening, stopping, and correcting Dr Greer's forced sterilization with No reason, No facts,

and No justification.

**504.   Dr Greer filed 17 criminal complaints with KPD over a 22 month**

period. Dr Greer filed the first on June 11, 2020 and the last on March 15, 2022.

All criminal complaints state that Dr Greer's felony crime and elder abuse

continues **Today**.

505.   In response to the 17 criminal complaints submitted to KPD, 17 KPD

Officers, and KPD Lieutenant Christopher Calio entered the conspiracy to forcibly

sterilize Dr Greer.

506.   The 17 KPD Officers and KPD Lieutenant Christopher Calio referenced an

imaginary (fake) investigation which the KPD Officers claim contains evidence

that there was 'No Crime'.

507.   The 17 KPD Officers and KPD Lieutenant Christopher Calio have never

produced such an investigation report because there is No investigation report.

508.   The 17 KPD Officers and KPD Lieutenant Christopher Calio ruled Dr

Greer's criminal complaint to be 'No Crime' without addressing the criminal

issues alleged:

> 1. Fraudulently concealed varicocele surgery (fraudulently concealed
>
> forced childhood sterilization).

2. Prescription drug poisoning and radiation poisoning (to complete the forced sterilization).

3. Medical abandonment and refusal to treat the SATR.

4. On-going withholding of varicocele surgery to reverse Dr Greer's testicular disability (on-going forced elder sterilization – Elder Abuse).

509.   The 17 KPD Officers and KPD Lieutenant Christopher Calio provided No reason, No Facts, and No Justification for the ruling of 'No Crime'.

510.   The 17 KPD Officers and KPD Lieutenant Christopher Calio did not address; why KPD Officer Mesanko, the lead investigator, order to send the FCC to the State Medical Board for criminal review was not followed.

***Police Rec Anomaly # 7:

511.   *It is an unexplained anomaly that all 17 KPD Officers and KPD Lieutenant Christopher Calio provided No reason, No facts, and No justification for their decision of 'No Crime'.*

***

512.   **CoK Prosecutor Justin Kollar, was ultimately responsible for which** criminal complaints get investigated and prosecuted. Prosecutor Kollar was also

President of the Kauai Rural Health Association, a non-profit, whose goals are to advocate and promote physicians; physicians that Dr Greer has accused of a Felony Disability Crime and Elder Abuse. Prosecutor Kollar had a personal bias in this case as Prosecutor Kollar had professional and personal relationships with the accused Physicians.

513.  CoK and Prosecutor Kollar had a legal requirement to report Dr Greer's criminal complaint to 'Hawaii Adult Protective Services' as Dr Greer meets the requirements of a 'Venerable Adult'. Dr Greer is currently 73 years of age and he cannot protect himself from abuse because he has 'No Power' to defend himself from Physicians and 'No Power' to order medical treatment for his various disabilities.

514.  CoK Prosecutor Justin Kollar, is an expert in criminology, and knew or should have known by investigation that Dr Greer's criminal complaint was a felony crime of fraudulently concealed forced childhood sterilization which has continued in time to forced sterilization of an elder (Elder Abuse) and that Dr Greer was poisoned, being denied medical treatment for his various life threatening disabilities due to the poisonous tamsulosin reaction, SATR.

515.  CoK Prosecutor Justin Kollar entered the conspiracy to deprive Dr Greer of civil and human rights when he failed to conduct an investigation into Dr Greer's

(a disabled person) felony criminal complaint (a disability complaint) because of

discriminatory eugenic belief that Dr Greer is an imbecile disabled with polio.

516.  Dr Greer was treated worse or less well than non-disabled persons who file

felony criminal complaints because those complaints are investigated.

517.  CoK and CoK Prosecutor Justin Kollar violated Dr Greer's Fourteenth

Amendment rights to 'equal protection of the laws' and the right to equal CoK

services to 'Serve and Protect'.

518.  CoK and CoK Prosecutor Justin Kollar violated Dr Greer's fundamental

civil and human right against forced sterilization (reproductive rights).

519.  CoK and CoK Prosecutor Justin Kollar committed a felony crime by

knowingly and with malice allowed Dr Greer's forced childhood sterilization to

continue as elder sterilization (Elder Abuse).

520.  On October 5, 2020, Dr Greer filed a complaint with the Disciplinary

Counsel against Prosecutor Kollar for prosecutorial misconduct.

521.  In September 2021, Justin Kollar resigned as CoK Prosecutor.

522.  On December 17, 2021, Dr Greer was informed by the Disciplinary Counsel

that Prosecutor Kollar had accepted a confidential disposition (a plea deal) in

regard to Dr Greer's complaint of prosecutorial misconduct.

523.   On October 5, 2020, Dr Greer also filed a complaint with the Disciplinary

Counsel against Deputy Prosecutor Torigoe for prosecutorial misconduct.

524.   On December 17, 2021, Dr Greer was informed by the Disciplinary Counsel

that Deputy Prosecutor Torigoe had accepted a confidential disposition (a plea

deal) in regard to Dr Greer's complaint of prosecutorial misconduct.

525.   On November 9, 2021, Dr Greer filed a complaint with the Disciplinary

Counsel against Prosecutor Like for prosecutorial misconduct.

526.   On March 3, 2022, Dr Greer was informed by the Disciplinary Counsel that

Prosecutor Like had accepted a confidential disposition (a plea deal) in regard to

Dr Greer's complaint of prosecutorial misconduct.

527.   Two elected CoK Prosecutors and one Deputy CoK Prosecutor have

accepted plead deals for Prosecutorial Misconduct.

528.   CoK has failed to take corrective action for CoK's Prosecutorial

Misconduct, and as a proximate result, Dr Greer continues to be victimized by

forced sterilization and sub-standard SATR medical treatment.

529.   Defendant CoK has committed a fraud upon the Court by pleading 'No-

Wrong' doing in a court action while simultaneously pleading 'Wrong' doing in

another court action involving the same matter at the same time:

1.  Defendant CoK plead 'No-Wrong' doing in a Civil Court action

involving the criminal complaint (Civil No: 5CCV-21-0000059).

2.  Defendant CoK plead 'Wrong' doing before the Disciplinary

Counsel involving the same action.

530.  **Defendant CoK has attempted to intimidate Dr Greer:**

531.  KPD Police Officers appeared unannounced at Dr Greer's home on March

30, 2021, shortly after Dr Greer filed a criminal complaint. One KPD Officer, the

very large man, was dressed in full assault gear complete with body CAM. KPD

Police Officers made it very clear that they were not there to investigate Dr Greer's

Felony Disability Crime and Elder Abuse. They were there to intimidate. There is a

KPD CD of the incident which will clearly show KPD's abusive and intimidating

behavior.

532.  KPD police vehicles have parked on Dr Greer's property to observe Dr

Greer's home.

533.  A Hitler Nazi's marked the homes of those deem undesirable prior to their

genocide.

534.  CoK has marked Dr Greer's home with a sign. The sign reads 'Speed Hump

Me'.

535.   Dr Greer has expressed his contempt for the disparaging, demeaning, and discriminatory sign.

536.   CoK's sign has remained posted in front of Dr Greer's home for over 4 years. On June 5, 2025, CoK replaced the sign.

537.   **Dr Greer filed two complaints with the Kauai Police Commission on** November 8, 2021 and March 30, 2022 alleging that KPD failed to investigate Dr Greer's felony criminal complaints.

538.   The Kauai Police Commission dismissed both complaints.

539.   The Kauai Police Commission provided No Facts, No reason, and No Justification for their dismissal.

540.   The Kauai Police Commission conducted all actions in this matter behind closed doors.

541.   **On January 21, 2025, Dr Greer filed a criminal complaint with KPD** stating the December 26, 2024 diagnosis of the SATR by HPH Dr Marconescu, and HPH RN Melanie R (and HPH's refusal to medically treat the SATR).

542.   On February 4, 2025, Dr Greer requested a status from KPD.

543.   On February 5, 2025, Dr Greer requested a status from KPD.

544.   On February 6, 2025, KPD informed Dr Greer that they cannot find the criminal complaint.

545.   On February 7, 2025, Dr Greer sent KPD a PDF file, a copy of KPD's website printout of the criminal complaint submittal, including the assigned temporary report number.

546.   KPD has Not responded.

547.   **CoK Council Chair Mel Rapozo reviewed Dr Greer's criminal** complaint and took No action. CoK Council Chair Mel Rapozo sent Dr Greer an email on August 17, 2020 (over four years ago) summarizing his review and No action.

548.   CoK Council Chair Rapozo has a B.S. Degree in Criminal Justice, served 13 years with KPD, and was acting as a Special Investigator for CoK Prosecuting Attorney when he reviewed Dr Greer's criminal complaint.

549.   CoK Council Chair Rapozo may be considered an expert in crime.

550.   CoK Council Chair Rapozo, as an expert in crime, knew or should have known by investigation that Dr Greer's criminal complaint was a felony crime of fraudulently concealed forced childhood sterilization which has continued in time to forced sterilization of an elder (Elder Abuse) and that Dr Greer was poisoned,

being denied medical treatment for his various life threatening disabilities due to the poisonous reaction, SATR.

551.   CoK Council Chair Rapozo with deliberate indifference and malice knowingly allowed Dr Greer [to lay along the roadside] sterilized, to die in pain from injuries inflicted by the SATR.

552.   CoK County Council knew of Dr Greer's forced sterilization, poisoning, and SATR as the CoK County Council Chair knew.

553.   CoK County Council violated Dr Greer's Fourteenth Amendment rights to 'equal protection of the laws' and the right to equal CoK services to 'Serve and Protect'.

554.   CoK County Council with deliberate indifference and malice knowingly allowed Dr Greer [to lay along the roadside] sterilized, to die in pain from injuries inflicted by the SATR.

555.   CoK County Council members have entered the conspiracy to forcibly sterilize Dr Greer by their failure to take corrective action to intervene, stop, and correct the illegal forced sterilization, a federally protected civil and human right.

556.   Dr Greer was otherwise qualified to receive CoK services to provide 'equal protection of the laws' and equal 'Serve and Protect' services without his

disabilities. Dr Greer lives on Kauai and the crime took place on Kauai.

557.   Upon information and belief, CoK policies, procedures, and practices do not

insure for 'equal protection of the laws' and equal 'Serve and Protect' services for

disabled citizens to that of non-disabled citizens.

558.   Upon information and belief, CoK policies, procedures, and practices

allowed for Dr Greer to be subjected to disability discrimination (forced

sterilization and medically untreated SATR) because discriminatory eugenic belief

that Dr Greer was an imbecile disabled with polio and should not breed.

559.   **Upon information and belief, CoK Mayor Derek Kawakami knew or**

should have known of Dr Greer's fraudulently concealed forced childhood

sterilization and elder forced sterilization due to a correctable varicoele. Because:

>1. The conduct was criminal and Mayor's have a responsibility to
>
>ensuring their County complies with all applicable laws. Mayors are
>
>expected to set an ethical tone for the County and ensure that County
>
>employees follow ethical standards.
>
>2. The conduct occurred over a lengthy time period of 13 years from
>
>2012 to present.
>
>3. The conduct involved multiple County employees (the County

Council, Prosecutors Kollar, Like, and Torgoe, 17 Police Officers

including Officers Mesanko and Sergeant Caspillo, and the members

of the Kauai Police Commission).

4. CoK has been given prior notice and an opportunity to correct its

criminal miss-conduct. Approximately four and three years ago, on

June 21, 2021 and on June 28, 2022, Dr Greer filed complaints,

5CCV-21-0000059 and 22-00286-LEK-WRP, stating an uncorrected

varicocele as the cause of testicular disability. CoK Mayor Derek

Kawakami failed to take corrective action and correct CoK criminal

misconduct.

560.   Upon information and belief, CoK Mayor Derek Kawakami: Either

1. Knew and with malice failed to take corrective action to correct an

on-going conspiracy to deprive rights and an on-going felony crime to

forcibly sterilize Dr Greer,

Or

2. Have discriminatory procedures, policies, and practices which

allow for conspiracies to deprive rights and felony crimes to be

committed by CoK employees without detection and correction,

Or both.

## *Eugenic Beliefs - Motive and Reason for CoK actions*

561.   Eugenic beliefs, as previously discussed above in *Eugenic Beliefs*, ¶ 146 –

174, are applicable to CoK.

562.   CoK, as experts in crime and criminal investigations, would have discovered

(if they did not already know) the fraudulently concealed forced childhood

sterilization if an investigation had been performed.

563.   CoK, as experts in crime and criminal investigations, cannot claim ignorance

because CoK freely chose Not to investigate the criminal complaint without

Reason, Facts, or Justification.

564.   CoK knew or should have known, outright or by investigation, that Dr Greer

was a victim of fraudulently concealed forced childhood sterilization and that the

sterilization can be reversed.

565.   CoK freely chose to leave Dr Greer [along the roadside] sterilized, to die in

pain from injuries inflicted by the SATR.

566.   There is a distinctive pattern of discriminatory behavior by CoK and the

Hawaii Justice System:

1. Dr Greer files a complaint with KPD. **The complaint is dismissed with No Reason, No Facts, and No Justification.**

2. Dr Greer files a complaint with KPC. **The complaint is dismissed with No Reason, No Facts, and No Justification.**

3. Dr Greer files a complaint with Kauai Fifth Circuit. **The complaint is dismissed with No Reason, No Facts, and No Justification.**

4. Dr Greer's complaint is reviewed by Kauai Prosecutor Like. **The complaint is dismissed with No Reason, No Facts, and No Justification.**

5. Dr Greer files a complaint with Hawaii's Attorney General and Hawaii's Regulated Industries Complaints Office (not named in the complaint). Dr Greer receives a ruling of 'No Crime – a dispute between private parties' from Deputy Attorney General Shari Wong on September 2, 2020. **The complaint is dismissed with No Reason, No Facts, and No Justification.**

6. On June 12, 2015, Dr Greer gave CoK notice that Dr Greer has discovered the 'forced childhood sterilization', current on-going 'forced elder sterilization', and Elder Abuse. Dr Greer gave notice of his intent to sue for damages from forced sterilization. **The notice is**

**dismissed with No Reason, No Facts, and No Justification.**

567.   Upon information and belief, the only motive strong enough for CoK to commit this horrific act of forced sterilization of a disabled person, condemned by Human Rights Committees Worldwide, is discriminatory eugenic belief.

568.   The Disciplinary Counsel of the Hawaii Supreme Court claims to have conducted a complete and thorough investigation with regard to Kauai Prosecutors Kollar, Like, and Torigoe prosecutorial misconduct.

569.   The findings of the Disciplinary Counsel are undisclosed with the exception of a final result letters of confidential dispositions (a plea deals) sent to Dr Greer.

570.   The Disciplinary Counsel found significant misconduct to warrant confidential dispositions (a plea deals).

571.   Upon information and belief, Kauai Prosecutor Kollar resigned with 3 years left on his elected term as a condition of his plea deal with the Disciplinary Counsel.

572.   The prosecutorial misconduct findings of the Disciplinary Counsel provide significant evidence of illegal activity by Defendant CoK.

573.   The goal of the Kauai Rural Health Association is to promote and advocate for Physicians.

574. CoK Prosecutor Kollar was President of the Kauai Rural Health Association.

575. Upon information and belief, the Kauai Rural Health Association provided the means of communication for the conspiracy to forcible sterilize Dr Greer as HPH, HHSC, and CoK were members.

576. The primary criminal offenders, CoK Mr Kollar (who used the power of CoK's Office of the Prosecuting Attorney to squash a felony civil rights criminal complaint involving forced childhood and elder sterilization), HHSC Dr O'Neill and HHSC Dr Dupree (who concealed forced childhood sterilization form Dr Greer for 13 years), HPH Dr Fitzgerald (who poisoned Dr Greer to prevent recovery of forced sterilization and complete the sterilization of Dr Greer's right testicle), and HPH Dr Culliney (who falsified a CT report allowing Dr Fitzgerald to complete the forced sterilization of Dr Greer) have all left the Jurisdiction. Dr Greer has found out-of-state business addresses on the internet for each.

577. Upon information and belief, the primary criminal offenders knew of Hawaii's criminal penalties for 'Hate Crimes' and 'Elder Abuse' carry mandatory prison terms of years.

578. Upon information and belief, the primary criminal offenders leaving the State of Hawaii is further evidence of criminal intent to forcibly sterilize Dr Greer because of discriminatory eugenic belief that Dr Greer was disabled with polio,

considered an imbecile, and should not breed.

579.   Upon information and belief, the primary criminal offenders are now quite comfortable in their new high paying jobs, confident that the State of Hawaii will never hold them accountable for their felony crimes of concealing forced childhood sterilization, committing forced elder sterilization, poisoning, and a death to be determined.

580.   CoK can end this civil action by providing a one-page statement containing three simple paragraphs stating valid Reasons, Facts, and Justification for its decision of 'No Crime'.

581.   Upon the above facts, information, and belief, CoK cannot provide its reasons for a "No Crime' decision without self-incrimination because the three simple paragraphs would state:

> 1. The reason was discriminatory eugenic belief.

> 2. The facts are that Dr Greer was disabled with polio.

> 3. There is No justification because the act was a felony crime of forced sterilization.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### TITLE II OF THE AMERICANS WITH DISABILITES ACT (ADA)

### 42 U.S.C. §§ 12131 et seq.

### As to Defendant County of Kauai (CoK)

582.   Dr Greer repeats and realleges all preceding paragraphs in support of this claim.

583.   Title II of the Americans with Disabilities Act ("ADA") provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132.

584.   The ADA's protections extend to all aspects of a public entity's activities, including police, prosecutor, and protective services.

585.   CoK is a 'public entity' within the meaning of Title II of the ADA. 42 U.S.C. § 12131.

586.   At all times relevant to this action, Dr Greer's Polio Disability and Testicular Disability are disabilities within the meaning of the ADA. 42 U.S.C. § 12102.

587.   At all times relevant to this action, Dr Greer's brain damage (dementia, memory loss, insomnia), heart failure, vascular damage, eye damage, further testicular damage, digestive damage, lymphedema, and acute Post Polio nerve degeneration caused by the adverse tamsulosin reaction, are disabilities within the meaning of the ADA. 42 U.S.C. § 12102.

588.   Dr Greer is 'otherwise qualified' to receive varicocele surgery by the qualifying medical standard, American Society for Reproductive Medicine and Society for Male Reproduction and Society for Male Reproduction and Urology, Report on varicocele and infertility: a committee opinion (ASRM 2014). ASRM 2014 states that Dr Greer should have been offered varicocele corrective surgery. The standard states that Dr Greer should have been offered varicocele corrective surgery as an adolescent because of testicular atrophy, abnormal sperm parameters, and testicular pain. The standard states that Dr Greer should have been offered varicocele corrective surgery as an adult for his testicular pain. Dr Greer was 'otherwise qualified' to receive medical treatment for his testicular disability (varicocele surgery).

589.   CoK, acting under the color of law, has denied Dr Greer an equal opportunity to benefit from the CoK's services, programs, or activities by reason of disability, in violation of Title II of the ADA and its implementing regulations. 42 U.S.C. § 12132 and 28 C.F.R. § 35.101 *et seq*.

590.  CoK's discriminatory treatment of Dr Greer includes:

  1. CoK failure to provide its services to 'Serve and Protect',

  2. CoK failure to provide 'equal protection of the laws',

  3. CoK failure to follow 'due process of the laws',

  4. CoK knowingly allowed Dr Greer [to lie along the roadside] sterilized, to die in pain from injuries inflicted by the SATR without medical treatment,

because of CoK's discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

591.  CoK with deliberate indifference and malice refused to provide its services to 'serve and protect', 'equal protection of the laws', and 'due process of the laws' by failing to intervene and stop an on-going felony crime of forced sterilization due to discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

592.  CoK had knowledge of Dr Greer's forced sterilization, a federally protected right because CoK was informed in the criminal complaint that Dr Greer was being denied varicocele corrective surgery by HPH and HHSC to correct sterilization due

to a varicocele, CoK was informed in the criminal complaint that Dr Greer was

poisoned to complete the sterilization, and CoK was informed in the criminal

complaint of his severe adverse tamsulosin reaction and denial of medical

treatment which will lead to death.

593.   Each CoK employee, involved in the crime to deprive Dr Greer of his

reproductive rights, all knew that Dr Greer forced sterilization may be reversed

with corrective varicocele surgery, and therefore, each CoK employee made a

criminal decision to forcibly sterilize Dr Greer.

594.   CoK has (and **Today**) committed an act of forced sterilization of an elder

(Elder Abuse), a federally protected right, because CoK has knowledge that the

forced sterilization maybe reversed with varicocele surgery and CoK has failed to

act to provide law enforcement services to stop and correct this felony crime.

595.   CoK policy makers, Prosecutor Kollar, Prosecutor Like, and Kauai County

Council Chair Rapozo have reviewed Dr Greer's criminal complaint and have

knowingly denied Dr Greer an equal opportunity to benefit from the CoK's

services. CoK policy makers have refused to stop, intervene, and correct a

federally protected right, the right against forced sterilization (reproductive rights).

596.   CoK policies, procedures, and practices do not insure an equal opportunity

to benefit from the CoK's services, programs, or activities for disabled persons.

597.   CoK policies, procedures, and practices have allowed CoK employees (Council Members, Prosecutors, Law Enforcement Officers, and Police Commission Members) to commit a discriminatory felony crime of forced elder sterilization because of discriminatory eugenic belief that disabled persons are imbeciles and should not breed.

598.   CoK policies, procedures, and practices have allowed for improper treatment of disabled persons, including criminal activity conducted with deliberate indifference and malice toward disabled persons.

599.   Dr Greer is entitled to declaratory and injunctive relief as a result of CoK's on-going discriminatory conduct, pursuant to 42 U.S.C. § 12188(a)(1), 28 C.F.R. § 36.501(a), and 28 U.S.C. § 2201(a).

600.   Dr Greer is entitled to compensatory damages for CoK's refusal/failure to provide Dr Greer an equal opportunity to benefit from the CoK's services, to 'Serve and Protect', because the disability discrimination was conducted with deliberate indifference and malice, pursuant to Title II of the ADA, 42 U.S.C. § 12133.

601.   As a proximate cause of the unconstitutional acts of CoK, Dr Greer suffered and continues to suffer from (correctable) forced sterilization, the SATR (and pending death), emotional and psychological suffering and is entitled to injunctive

relief, declaratory relief, and compensatory damages.

## SECOND CAUSE OF ACTION

## TITLE III OF THE AMERICANS WITH DISABILITES ACT (ADA)

## 42 U.S.C. §§ 12182.

### As to Defendant Hawaii Pacific Health (HPH)

602.   Dr Greer repeats and realleges all preceding paragraphs in support of this claim.

603.   Title III of the ADA provides that "[n]o individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation." 42 U.S.C. § 12182.

604.   HPH provided healthcare services to the public and owned, leased, or operated a place of public accommodation for healthcare services within the meaning of the ADA. 42 U.S.C. §§ 12181(7)(F); 12182.

605.   At all times relevant to this action, Dr Greer's Polio Disability and Testicular Disability are disabilities within the meaning of the ADA. 42 U.S.C. § 12102.

606.   At all times relevant to this action, Dr Greer's brain damage (dementia,

126

memory loss, insomnia), heart failure, vascular damage, eye damage, further

testicular damage, digestive damage, lymphedema, and acute Post Polio nerve

degeneration caused by the adverse tamsulosin reaction are disabilities within the

meaning of the ADA. 42 U.S.C. § 12102.

607.   Dr Greer is 'otherwise qualified' to receive varicocele surgery by the

qualifying medical standard, American Society for Reproductive Medicine and

Society for Male Reproduction and Society for Male Reproduction and Urology,

Report on varicocele and infertility: a committee opinion (ASRM 2014). ASRM

2014 states that Dr Greer should have been offered varicocele corrective surgery.

The standard states that Dr Greer should have been offered varicocele corrective

surgery as an adolescent because of testicular atrophy, abnormal sperm parameters,

and testicular pain. The standard states that Dr Greer should have been offered

varicocele corrective surgery as an adult for testicular pain.

608.   Dr Greer was not offered, nor did he receive, varicocele corrective surgery

for his testicular disability because of discriminatory eugenics believes that Dr

Greer was disabled with polio, considered an imbecile who should not breed.

609.   HPH violated Dr Greer's rights by their discriminatory treatment of Dr

Greer, denying Dr Greer the full and equal enjoyment of the goods, services,

facilities, privileges, advantages, or accommodations in their place of public

accommodation providing healthcare in violation of Title III of the ADA and its

implementing regulations. 42 U.S.C. § 12182 and 28 C.F.R. § 36.101 *et seq*.

610.   HPH discriminatory treatment of Dr Greer includes:

1. Continuing the fraudulently concealed forced childhood

sterilization of Dr Greer because of discriminatory eugenic belief that

Dr Greer was an imbecile, disabled with polio and should not breed.

2. Forced Elder sterilization of Dr Greer, Elder Abuse, because of

discriminatory eugenic belief that Dr Greer was an imbecile, disabled

with polio and should not breed.

3. Exploiting Dr Greer's polio disability to conceal and withhold

disability medical treatment (varicocele surgery) for Dr Greer's

testicular disability (as nerve damage from polio was fraudulently

claimed by Physicians as the reason for testicular disability).

4. Failing medical fiduciary duties to inform and medically treat Dr

Greer's fraudulently concealed forced childhood sterilization.

5. Prescribing a testicular poison, tamsulosin, and radiation to prevent

testicular recovery and complete the forced sterilization of Dr Greer

because of discriminatory eugenic belief that Dr Greer was an

imbecile, disabled with polio and should not breed.

6. Failing medical fiduciary duties to medically treat the Severe
Adverse Tamsulosin Reaction caused by the illegal prescription
tamsulosin poisoning.

7. Falsifying medical records.

8. Practicing medicine without license.

9. Medical Abandonment because of discriminatory eugenic belief
that Dr Greer was an imbecile, disabled with polio and should not
breed.

611.   HPH with deliberate indifference and malice refused to provide its medical
services because HPH, as experts in all aspects of healthcare:

1. Knew of Dr Greer's forced sterilization (medically untreated
varicoceles causing sterilization), a federally protected right.

2. Refused medical corrective treatment (varicocele corrective
surgery) knowing that without medical corrective treatment, Dr Greer
would continue to suffer from needless testicular disability and
testicular pain.

3. Prescribed tamsulosin knowing that it was a testicular poison and would act to prevent surgical correction of forced sterilization, a federally protected right.

4. Knew that Dr Greer experienced a severe adverse tamsulosin reaction and knowingly refused medical treatment.

5. Knew that Dr Greer would continue to suffer from forced sterilization and testicular pain.

6. Medically abandoned Dr Greer with life threatening health effects from the tamsulosin adverse reaction (brain, heart, and post-polio damage).

612.   HPH employees, involved in the crime to deprive Dr Greer of his reproductive rights, all knew that Dr Greer forced sterilization may be reversed with corrective varicocele surgery, and therefore, each employee made a criminal decision to forcible sterilize Dr Greer.

613.   HPH has (and **Today**) violated Dr Greer's fundamental human right against forced sterilization (reproductive rights) by their discriminatory treatment, refusing to reverse Dr Greer's secretly performed forced childhood sterilization and current forced elder sterilization.

614.   HPH policies, procedures, and practices do not insure proper medical care (a standard of medical care) for disabled persons equal to the medical care given to non-disabled persons.

615.   HPH policies, procedures, and practices allowed for improper medical care of disabled persons, including criminal activity conducted with malice toward disabled persons. Dr Greer was criminally victimized by HPH policies, procedures, and practices from 2012 to present as medical treatment to reverse Dr Greer's fraudulently concealed forced childhood sterilization was intentionally and with deliberate indifference and malice concealed and withheld. Dr Greer was prescribed a poison to prevent surgical recovery. Dr Greer was refused medical treatment caused by the prescription poisoning. Dr Greer was medically abandoned.

616.   Dr Greer is entitled to declaratory and injunctive relief as a result of HPH discriminatory conduct pursuant to 42 U.S.C. § 12188(a)(1), 28 C.F.R. § 36.501(a), and 28 U.S.C. § 2201(a).

617.   As a proximate cause of the unconstitutional acts of HPH, Dr Greer suffered and continues to suffer from (correctable) forced sterilization, the SATR (and pending death), emotional and psychological suffering and is entitled to injunctive relief and declaratory relief.

## THIRD CAUSE OF ACTION

## SECTION 504 OF THE REHABILITATION ACT (RA)

### As to all Defendants

618.   Dr Greer repeats and realleges all preceding paragraphs in support of this

claim.

619.   Section 504 of the Rehabilitation Act (RA) provides that "No otherwise

qualified individual with a disability in the United States, …. shall, solely by

reason of her or his disability, be excluded from the participation in, be denied the

benefits of, or be subjected to discrimination under any program or

activity receiving Federal financial assistance…..". 29 U.S.C. § 794(a).

620.   Defendants CoK, HPH, and HHSC have received federal financial assistance

pursuant to the RA. 29 U.S.C § 794.

621.   At all times relevant to this action, Dr Greer's Polio Disability and Testicular

Disability are disabilities within the meaning of the Rehabilitation Act. 29 U.S.C. §

705(20)(B).

622.   At all times relevant to this action, Dr Greer's brain damage (dementia,

memory loss, insomnia), heart failure, vascular damage, eye damage, further

testicular damage, digestive damage, lymphedema, and acute Post Polio nerve

degeneration caused by the adverse tamsulosin reaction are disabilities within the

meaning of the Rehabilitation Act. 29 U.S.C. § 705(20)(B).

623.   At all times relevant to this action, Dr Greer has been substantially limited in major life activities due to damaged motor neurons from Polio, a non-functional testicle due to a varicocele, and damaged smooth muscles due to a severe adverse tamsulosin rection (SATR);  Dr Greer is an individual with multiple disabilities within the meaning of the Rehabilitation Act. 29 U.S.C. § 705(20)(B).

624.   Dr Greer is 'otherwise qualified' to receive varicocele surgery by the qualifying medical standard, American Society for Reproductive Medicine and Society for Male Reproduction and Society for Male Reproduction and Urology, Report on varicocele and infertility: a committee opinion (ASRM 2014). ASRM 2014 states that Dr Greer should have been offered varicocele corrective surgery. The standard states that Dr Greer should have been offered varicocele corrective surgery as an adolescent because of testicular atrophy, abnormal sperm parameters, and testicular pain. The standard states that Dr Greer should have been offered varicocele corrective surgery as an adult for testicular pain.

625.   Dr Greer was not offered, nor did he receive, varicocele corrective surgery for his testicular disability because of discriminatory eugenic belief that Dr Greer was disabled with polio, considered an imbecile who should not breed.

626.   HPH and HHSC violated Dr Greer's rights solely by their discriminatory

133

treatment of Dr Greer, denying Dr Greer the full and equal enjoyment of the goods,

services, facilities, privileges, advantages, or accommodations in their place of

public accommodation providing healthcare, in violation of the Rehabilitation Act

and its implementing regulations. 29 U.S.C. § 794 and 45 C.F.R. § 84.4.

627. CoK, acting under the color of law, violated Dr Greer's rights solely by their

discriminatory treatment of Dr Greer, denying Dr Greer the opportunity to benefit

from the CoK's services, programs, or activities by reason of disability, in

violation of the Rehabilitation Act and its implementing regulations. 29 U.S.C. §

794 and 45 C.F.R. § 84.4.

628. The discriminatory mistreatment of Dr Greer includes:

> 1. CoK, HPH, and HHSC continuing the fraudulently concealed
> forced childhood sterilization of Dr Greer because of discriminatory
> eugenic belief that Dr Greer was an imbecile, disabled with polio and
> should not breed.

> 2. CoK, HPH, and HHSC Forced Elder sterilization of Dr Greer, Elder
> Abuse, because of discriminatory eugenic belief that Dr Greer was an
> imbecile, disabled with polio and should not breed.

> 3. CoK, HPH, and HHSC Exploiting Dr Greer's polio disability to

conceal and withhold disability medical treatment (varicocele surgery)

for Dr Greer's testicular disability (as nerve damage from polio was

fraudulently claimed by Physicians as the reason for testicular

disability).

4. HPH and HHSC Failing medical fiduciary duties to inform and

medically treat Dr Greer's fraudulently concealed forced childhood

sterilization.

5. HPH Prescribing a testicular poison, tamsulosin, and radiation to

prevent testicular recovery and complete the forced sterilization of Dr

Greer because of discriminatory eugenic belief that Dr Greer was an

imbecile, disabled with polio and should not breed.

6. HPH and HHSC Failing medical fiduciary duties to medically treat

the Severe Adverse Tamsulosin Reaction caused by the illegal

prescription tamsulosin poisoning.

7. HPH and HHSC Falsifying medical records.

8. HPH Practicing medicine without license.

9. HPH and HHSC Medical Abandonment because of discriminatory

eugenic belief that Dr Greer was an imbecile, disabled with polio and

should not breed.

10. CoK failure to 'Serve and Protect' and to provide 'equal

protection of the laws' and 'due process of the laws' to intervene,

stop, and correct an on-going felony disability crime of forced

sterilization committed by HPH and HHSC because of CoK's

discriminatory eugenic belief that Dr Greer was an imbecile, disabled

with polio and should not breed.

11. CoK knowingly allowed Dr Greer [to lie along the roadside]

sterilized, to die in pain from injuries inflicted by the SATR without

medical treatment because of CoK's discriminatory eugenic belief that

Dr Greer was an imbecile, disabled with polio and should not breed.

629.   HPH and HHSC with deliberate indifference and malice refused to provide

its medical services because HPH and HHSC, as experts in all aspects of

healthcare:

1. Knew of Dr Greer's forced sterilization (medically untreated

varicoceles causing sterilization), a federally protected right.

2. Knew that without medical corrective treatment, Dr Greer would

continue to suffer from forced sterilization (needless testicular

disability and testicular pain).

3. Prescribed tamsulosin knowing that it was a testicular poison and would act to prevent surgical correction of forced sterilization, a federally protected right.

4. Knew that Dr Greer experienced a severe adverse tamsulosin reaction and denied medical treatment.

5. Knew that Dr Greer would continue to suffer from injuries caused by the severe adverse tamsulosin reaction without medical treatment.

6. Medically abandoned Dr Greer with life threatening health effects from the severe tamsulosin adverse reaction (brain, heart, and post-polio damage).

630.   CoK with deliberate indifference and malice refused to provide its services to 'serve and protect', 'equal protection of the laws', and 'due process of the laws' because CoK had knowledge of Dr Greer's forced sterilization, a federally protected right and took No corrective action:

1. CoK was informed in the criminal complaint that Dr Greer was being denied varicocele corrective surgery by HPH and HHSC to correct sterilization due to a varicocele.

2. CoK was informed in the criminal complaint that Dr Greer was

poisoned to prevent testicular recovery after varicocele surgery.

3. CoK was informed in the criminal complaint that HPH and HHSC

were denying Dr Greer medical treatment for his severe adverse

tamsulosin reaction which will lead to death.

631.   CoK policy makers, Prosecutor Kollar, Prosecutor Like, and Kauai County

Council Chair Rapozo have reviewed Dr Greer's criminal complaint and have

knowingly denied Dr Greer an equal opportunity to benefit from the CoK's

services. CoK policy makers have refused to stop, intervene, and correct a

federally protected right, the right against forced sterilization (reproductive rights).

632.   CoK, HPH, and HHSC employees, involved in the crime to deprive Dr

Greer of his reproductive rights, all knew that Dr Greer forced sterilization may be

reversed with corrective varicocele surgery, and therefore, each employee made a

criminal decision to forcible sterilize Dr Greer.

633.   CoK, HPH and HHSC have (and **Today**) are violating Dr Greer's

fundamental human right against forced sterilization (reproductive rights) by their

discriminatory treatment, refusing to reverse Dr Greer's secretly performed forced

childhood sterilization and current forced elder sterilization because of

discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio

and should not breed.

634.   HPH and HHSC policies, procedures, and practices do not insure proper medical care (a standard of medical care) for disabled persons equal to the medical care given to non-disabled persons.

635.   HPH and HHSC policies, procedures, and practices allowed for improper medical care of disabled persons, including criminal activity conducted with malice toward disabled persons. Dr Greer was criminally victimized by HPH and HHSC policies, procedures, and practices from 2012 to present as medical treatment to reverse Dr Greer's fraudulently concealed forced childhood sterilization was intentionally and with deliberate indifference and malice concealed and withheld. Dr Greer was prescribed a poison to prevent surgical recovery. Dr Greer was refused medical treatment caused by the prescription poisoning. Dr Greer was medically abandoned.

636.   CoK policies, procedures, and practices do not insure an equal opportunity to benefit from the CoK's services, programs, or activities for disabled persons.

637.   CoK policies, procedures, and practices have allowed CoK employees (Council Members, Prosecutors, Law Enforcement Officers, and Police Commission Members) to commit a discriminatory felony crime of forced elder sterilization because of discriminatory eugenic belief that disabled persons are

imbeciles and should not breed.

638.  CoK, HPH, and HHSC policies, procedures, and practices have allowed for improper treatment of disabled persons, including criminal activity conducted with deliberate indifference and malice toward disabled persons.

639.  Dr Greer is entitled to declaratory and injunctive relief as a result of Defendants' discriminatory conduct pursuant to 29 U.S.C. § 794a and 28 U.S.C. § 2201(a).

640.  Dr Greer is entitled to compensatory damages as a result of Defendants' intentional discriminatory conducted with deliberate indifference and malice as alleged herein, pursuant to the RA, 29 U.S.C, § 794a(a)(2).

641.  As a proximate cause of the unconstitutional acts of Defendants, Dr Greer suffered and continues to suffer from (correctable) forced sterilization, the SATR (and pending death), emotional and psychological suffering and is entitled to injunctive relief, declaratory relief, and compensatory damages.

## FORTH CAUSE OF ACTION

## SECTION 1557 OF THE PATIENT PROTECTION AND AFFORDABLE

## CARE ACT (ACA)

### As to all Defendants

642.  Dr Greer repeats and realleges all preceding paragraphs in support of this

claim.

643.   Section 1557 of the Patient Protection and Affordable Care Act (ACA)

states, "an individual shall not, on the ground prohibited under title VI of the Civil

Rights Act of 1964 (42 U.S.C. 2000d et seq.), title IX of the Education

Amendments of 1972 (20 U.S.C. 1681 et seq.), the Age Discrimination Act of

1975 (42 U.S.C. 6101 et seq.), or section 794 of title 29, be excluded from

participation in, be denied the benefits of, or be subjected to discrimination under,

any health program or activity, any part of which is receiving Federal financial

assistance,". 42 U.S.C. § 18116(a).

644.   Defendants CoK, HPH, and HHSC have received federal financial assistance

pursuant to the ACA. 42 U.S.C. § 18116(a).

645.   At all times relevant to this action, Dr Greer's Polio Disability and Testicular

Disability are disabilities within the meaning of the ACA. 42 U.S.C. § 18116(a).

646.   At all times relevant to this action, Dr Greer's brain damage (dementia,

memory loss, insomnia), heart failure, vascular damage, eye damage, further

testicular damage, digestive damage, lymphedema, and acute Post Polio nerve

degeneration caused by the adverse tamsulosin reaction are disabilities within the

meaning of the ACA. 42 U.S.C. § 18116(a).

647.   At all times relevant to this action, Dr Greer has been substantially limited in

major life activities due to damaged motor neurons from Polio, a non-functional

testicle due to a varicocele, and damaged smooth muscles due to a severe adverse

tamsulosin rection (SATR);  Dr Greer is an individual with multiple disabilities

within the meaning of the ACA. 42 U.S.C. § 18116(a).

648.   Dr Greer is 'otherwise qualified' to receive varicocele surgery by the

qualifying medical standard, American Society for Reproductive Medicine and

Society for Male Reproduction and Society for Male Reproduction and Urology,

Report on varicocele and infertility: a committee opinion (ASRM 2014). ASRM

2014 states that Dr Greer should have been offered varicocele corrective surgery.

The standard states that Dr Greer should have been offered varicocele corrective

surgery as an adolescent because of testicular atrophy, abnormal sperm parameters,

and testicular pain. The standard states that Dr Greer should have been offered

varicocele corrective surgery as an adult for testicular pain.

649.   Dr Greer was not offered, nor did he receive, varicocele corrective surgery

for his testicular disability because of discriminatory eugenics belief that Dr Greer

was disabled with polio, considered an imbecile who should not breed.

650.   HPH and HHSC violated Dr Greer's rights solely by their discriminatory

treatment of Dr Greer, denying Dr Greer the full and equal enjoyment of the goods,

services, facilities, privileges, advantages, or accommodations in their place of

public accommodation providing healthcare, in violation of the ACA. 42 U.S.C. §

18116(a).

651.  CoK, acting under the color of law, violated Dr Greer's rights solely by their

discriminatory treatment of Dr Greer, denying Dr Greer the opportunity to benefit

from the CoK's services, programs, or activities by reason of disability, in

violation of the ACA. 42 U.S.C. § 18116(a).

652.  The discriminatory mistreatment of Dr Greer includes:

> 1. CoK, HPH, and HHSC continuing the fraudulently concealed
>
> forced childhood sterilization of Dr Greer because of discriminatory
>
> eugenic belief that Dr Greer was an imbecile, disabled with polio and
>
> should not breed.

> 2. CoK, HPH, and HHSC Forced Elder sterilization of Dr Greer, Elder
>
> Abuse, because of discriminatory eugenic belief that Dr Greer was an
>
> imbecile, disabled with polio and should not breed.

> 3. CoK, HPH, and HHSC Exploiting Dr Greer's polio disability to
>
> conceal and withhold disability medical treatment (varicocele surgery)
>
> for Dr Greer's testicular disability (as nerve damage from polio was
>
> fraudulently claimed by Physicians as the reason for testicular

disability).

4. HPH and HHSC Failing medical fiduciary duties to inform and medically treat Dr Greer's fraudulently concealed forced childhood sterilization.

5. HPH Prescribing a testicular poison, tamsulosin, and radiation to prevent testicular recovery and complete the forced sterilization of Dr Greer because of discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

6. HPH and HHSC Failing medical fiduciary duties to medically treat the Severe Adverse Tamsulosin Reaction caused by the illegal prescription tamsulosin poisoning.

7. HPH and HHSC Falsifying medical records.

8. HPH Practicing medicine without license.

9. HPH and HHSC Medical Abandonment because of discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

10. CoK failure to 'Serve and Protect' and to provide 'equal

protection of the laws' and 'due process of the laws' to intervene, stop, and correct an on-going felony disability crime of forced sterilization committed by HPH and HHSC because of CoK's discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

11. CoK knowingly allowed Dr Greer [to lie along the roadside] sterilized, to die in pain from injuries inflicted by the SATR without medical treatment because of CoK's discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio and should not breed.

653.   HPH and HHSC with deliberate indifference and malice refused to provide its medical services because HPH and HHSC, as experts in all aspects of healthcare:

1. Knew of Dr Greer's forced sterilization (medically untreated varicoceles causing sterilization), a federally protected right.

2. Knew that without medical corrective treatment, Dr Greer would continue to suffer from forced sterilization (needless testicular disability and testicular pain).

3. Prescribed tamsulosin knowing that it was a testicular poison and

would act to prevent surgical correction of forced sterilization, a

federally protected right.

4. Knew that Dr Greer experienced a severe adverse tamsulosin

reaction and knowingly refused medical treatment.

5. Knew that Dr Greer would continue to suffer from injuries caused

by the severe adverse tamsulosin reaction without medical treatment.

6. Medically abandoned Dr Greer with life threatening ill health

effects from the tamsulosin adverse reaction (brain, heart, and post-

polio damage).

654.   CoK with deliberate indifference and malice refused to provide its services

to  'serve and protect', 'equal protection of the laws', and 'due process of the laws'

because CoK had knowledge of Dr Greer's forced sterilization, a federally

protected right and took No corrective action:

1. CoK was informed in the criminal complaint that Dr Greer was

being denied varicocele corrective surgery by HPH and HHSC to

correct sterilization due to a varicocele.

2. CoK was informed in the criminal complaint that Dr Greer was

poisoned to prevent testicular recovery after varicocele surgery.

3. CoK was informed in the criminal complaint that HPH and HHSC
were denying Dr Greer medical treatment for his severe adverse
tamsulosin reaction which will lead to death.

655.   CoK policy makers, Prosecutor Kollar, Prosecutor Like, and Kauai County
Council Chair Rapozo have reviewed Dr Greer's criminal complaint and have
knowingly denied Dr Greer an equal opportunity to benefit from the CoK's
services. CoK policy makers have refused to stop, intervene, and correct a
federally protected right, the right against forced sterilization (reproductive rights).

656.   CoK, HPH, and HHSC employees, involved in the crime to deprive Dr
Greer of his reproductive rights, all knew that Dr Greer forced sterilization may be
reversed with corrective varicocele surgery, and therefore, each employee made a
criminal decision to forcible sterilize Dr Greer.

657.   CoK, HPH and HHSC have and currently are violating Dr Greer's
fundamental human right against forced sterilization (reproductive rights) by their
discriminatory treatment, refusing to reverse Dr Greer's secretly performed forced
childhood sterilization and current forced elder sterilization because of
discriminatory eugenic belief that Dr Greer was an imbecile, disabled with polio
and should not breed.

658.   HPH and HHSC policies, procedures, and practices do not insure proper

147

medical care (a standard of medical care) for disabled persons equal to the medical care given to non-disabled persons.

659.   HPH and HHSC policies, procedures, and practices allowed for improper medical care of disabled persons, including criminal activity conducted with malice toward disabled persons. Dr Greer was criminally victimized by HPH and HHSC policies, procedures, and practices from 2012 to present as medical treatment to reverse Dr Greer's fraudulently concealed forced childhood sterilization was intentionally and with deliberate indifference and malice concealed and withheld. Dr Greer was prescribed a poison to prevent surgical recovery. Dr Greer was refused medical treatment caused by the prescription poisoning. Dr Greer was medically abandoned.

660.   CoK policies, procedures, and practices do not insure an equal opportunity to benefit from the CoK's services, programs, or activities for disabled persons.

661.   CoK policies, procedures, and practices have allowed CoK employees (Council Members, Prosecutors, Law Enforcement Officers, and Police Commission Members) to commit a discriminatory felony crime of forced elder sterilization because of discriminatory eugenic belief that disabled persons are imbeciles and should not breed.

662.   CoK, HPH, and HHSC policies, procedures, and practices have allowed for

improper treatment of disabled persons, including criminal activity conducted with deliberate indifference and malice toward disabled persons.

663.   Dr Greer is entitled to declaratory and injunctive relief as a result of Defendants' discriminatory conduct pursuant to the ACA. 42 U.S.C. § 18116(a) and 28 U.S.C. § 2201(a).

664.   Dr Greer is entitled to compensatory damages as a result of Defendants' intentional discriminatory conducted with deliberate indifference and malice as alleged herein, pursuant to the ACA, 42 U.S.C. § 18116(a).

665.   As a proximate cause of the unconstitutional acts of Defendants, Dr Greer suffered and continues to suffer from (correctable) forced sterilization, the SATR (and pending death), emotional and psychological suffering and is entitled to injunctive relief, declaratory relief, and compensatory damages.

## FIFTH CAUSE OF ACTION

### Violation of the Fourteenth Amendment of the United States Constitution

### Actionable Pursuant to 42 U.S.C. § 1983

### (Equal Protection and Due Process)

### As to Defendant County of Kauai (CoK)

666.   Dr Greer repeats and realleges all preceding paragraphs in support of this claim.

667.   The Fourteenth Amendment to the United States Constitution, enforceable

pursuant to 42 U.S.C. § 1983, states: "nor shall any State deprive any person of

life, liberty, or property, without due process of law; nor deny to any person

within its jurisdiction the equal protection of the laws..."  US Constitution.

668.   CoK, acting under the color of State law, by their acts and omissions, by

failing to adopt adequate policies and procedures, and by failing to supervise and

to train their employees intentionally violated Dr Greer's Fourteenth Amendment

rights to Equal Protection and Due Process of Law.

669.   CoK violated Dr Greer's Fourteenth Amendment rights because of

discriminatory animus that Dr Greer was disabled with polio and considered an

imbecile that should not breed because of discriminatory eugenic belief.

670.   CoK acted with deliberate indifference and malice to the 'known and

obvious' suffering of Dr Greer due to injuries inflicted upon Dr Greer by HPH and

HHSC of concealing forced childhood sterilization, poisoning Dr Greer to cause

forced sterilization, and refusing to medically treat bodily injuries caused by the

severe adverse tamsulosin reaction (SATR).

671.   CoK had a legal requirement to report crimes of forced sterilization and

elder abuse to Hawaii's Adult Human Services as Dr Greer is a vulnerable adult as

defined by HRS §346-222.

672.  CoK left Dr Greer [along the roadside] to suffer and die from his injuries inflicted upon Dr Greer by HPH and HHSC, in violation of Hawaii's Elder Abuse Laws.

673.  The City and County of Honolulu Prosecutor's Office has publically proclaimed that all reported felony crimes of Elder Abuse will be investigated and prosecuted. CoK had a Fourteenth Amendment requirement to provide equal protection of the laws, the same as the City and County of Honolulu.

674.  CoK intentionally failed to provide equal protection of the laws and with deliberate indifference and malice refused to correct on-going deprivation of Dr Greer's civil right against the felony crime of forced childhood sterilization and elder sterilization (reproductive rights).

675.  CoK policy makers, Prosecutor Kollar, Prosecutor Like, and Council Chair Rapozo intentionally made the final decision to violate Dr Greer's Fourteenth Amendment  rights, knowing with deliberate indifference and malice that Dr Greer would continue to suffer from correctable forced sterilization and would eventually die from his SATR injuries due to lack of medical care by HPH and HHSC.

676.  CoK violations of Dr Greer's Fourteenth Amendment Rights were caused by deliberately indifferent policies, customs, and established practices written and unwritten as CoK's policies, customs, and established practices have allowed a

felony crime of forced sterilization to continue unabated.

677.   CoK training is inadequate. CoK Police Officers are not adequately trained

to investigate a criminal complaint to determine whether a complaint is an

intentional felony crime or an unintentional error or accident. CoK Police Officers

are not adequately trained in investigation and writing reports; CoK Police Officers

do not understand the concept that conclusions must be supported with reason,

facts, and justification.

678.   Dr Greer is entitled to injunctive relief, declaratory relief, compensatory

damages, and punitive damages.

679.   As a proximate cause of the unconstitutional acts of Defendant CoK, Dr

Greer suffered and continues to suffer **Today** from (correctable) forced

sterilization, the severe adverse tamsulosin reaction (and pending death), emotional

and psychological suffering.

## SIXTH CAUSE OF ACTION

### Violation of 42 U.S.C. § 1985(3)

### (Conspiracy to Deprive Rights)

### As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)

680.   Dr Greer repeats and realleges all preceding paragraphs in support of this

claim.

681.   HHSC, as a State entity, enjoys Eleventh Amendment immunity for its

Conspiracy to Deprive Rights Crimes.

682.   CoK, HPH, and HHSC (not claimed) conspired together to deprive Dr Greer

of his civil rights in violation of 42 U.S.C. § 1985(3).

683.   The right to procreation and bear children is a fundamental basic civil right:

> *"We are dealing here with legislation which involves one of the basic*
>
> *civil rights of man. Marriage and procreation are fundamental to the*
>
> *very existence and survival of the race."* Skinner v. Oklahoma ex rel.
>
> Williamson, 316 US 535 - Supreme Court 1942.

684.   The conspiracy included CoK acting under the color of law and HPH and

HHSC acting under fiduciary obligation to 'best' medically treat Dr Greer.

685.   The purpose and goal of the conspiracy was to deprive Dr Greer of his civil

right against forced sterilization (reproductive rights) because of discriminatory

eugenic belief that Dr Greer was disabled with polio and considered an imbecile.

686.   The conspiracy is **Today** withholding disability medical treatment to correct

complete (both left and right testicular) forced sterilization of Dr Greer, an elder

(Elder Abuse).

687.   The conspiracy was born when Physicians violated their fiduciary duty to

'best' medically treat Dr Greer by concealing the presence of the varicocele and

fraudulently diagnosing Dr Greer's testicular disability (atrophic, sterile, pain) as

due to nerve damage caused by polio because of discriminatory eugenic belief that

Dr Greer was an imbecile disabled with polio and should not breed.

688.   By the 1950's, varicoceles were well understood and as the number-one

cause of male sterility occurring at puberty and that there was a surgical correction

procedure.  Physicians also knew that there were No cases of Polio causing male

sterility at puberty.

689.   The fraudulent diagnosis of polio nerve damage was intentionally carried

from Physician to Physician for over 50 years with malice as each Physician who

performed a physical examination knew that Dr Greer had varicoceles causing

forced sterilization which was reversible with varicocele corrective surgery.

690.   HPH and HHSC engaged in criminal acts in furtherance of the conspiracy,

including tamsulosin poisoning, radiation poisoning, refusing to treat Dr Greer's

severe adverse tamsulosin reaction (SATR), practicing medicine without license,

and falsifying medical records.

691.   In this conspiracy, CoK, under the color of law, refused its services to 'Serve

and Protect' and to provide 'equal protection of the laws' and 'due process of the

laws', to intervene, stop, and correct the 'known and obvious' suffering of Dr

Greer due to a on-going felony crime of forced elder sterilization. CoK, under the color of law, left Dr Greer [along the roadside] in pain to suffer and die from injuries inflicted upon him by Defendants HPH and HHSC.

692.  CoK engaged in criminal acts in furtherance of the conspiracy, including but not limited to, falsifying police reports, fabricating false evidence (such as fake investigation reports), intimidation, prosecutorial misconduct and fraud upon the Court.

693.  This conspiracy targeted Dr Greer's civil and human right against forced sterilization (reproductive rights) because of discriminatory eugenic belief that Dr Greer was disabled with polio, considered an imbecile who should not breed. Defendants held invidiously discriminatory animus eugenic belief that Dr Greer should be forcibly sterilized, which is a protected class under 42 U.S.C. § 1985(3).

694.  Dr Greer is in a special class of disabled persons which allows him to claim a 'Conspiracy to Deprive Rights'. Some Courts consider a 'Conspiracy to Deprive Rights', also known as the *KKK* law, only appropriate when Congress as given special consideration for discrimination do to race, disability, etc.

695.  US Congress has given special consideration in protecting the civil rights of victims of forced sterilization:

        1.    42 USC § 18501 - Exclusion of payments from State eugenics

compensation programs from consideration in determining eligibility for, or the amount of, Federal public benefits.

2.    8 U.S.C. § 1101(a)(42) states:

".... For purposes of determinations under this chapter, a person who has been forced to abort a pregnancy or to undergo involuntary sterilization, or who has been persecuted for failure or refusal to undergo such a procedure or for other resistance to a coercive population control program, shall be deemed to have been persecuted on account of political opinion, and a person who has a well founded fear that he or she will be forced to undergo such a procedure or subject to persecution for such failure, refusal, or resistance shall be deemed to have a well founded fear of persecution on account of political opinion."

3.    The International Covenant on Civil and Political Rights was ratified in 1992.

696.   Conspiracy to Deprive Rights' is a civil claim typically reserved for black persons. Dr Greer is Scottish, Clan MacGregor, his father's name is Robert Royland MacGregor. Persecuted by the English Crown, Dr Greer's family was forced to the Americas in an English slave ship in an action known as the Scottish

Clearances. The Scottish Clearances was a 30 to 50 year action by the English

Crown to clear the Scottish Highlands of its people (crofters – the working poor) in

order to make way for a new breed of sheep which could withstand the harsh

Highland environment. Homes and villages were destroyed and most were killed,

as English Crown forces drove the Highlanders to the sea. The fortunate were

forced onto ships and shipped off to foreign lands such as Nova Scotia. Some were

forced into slave labor to work in the coal mines of Northern Nova Scotia.

697.   There exists a direct link of communication between Defendants:

1. HPH and HHSC share Dr Greer's medical records and verbally

commutate through cell and land lines. Kauai is a small island and

most of the Physicians all know each other.

2. CoK, HPH, and HHSC are members and communicate through the

Kauai Rural Health Association, which is a non-profit organization

formed to support and promote Physicians. CoK Prosecutor Kollar

was President and HHSC Dr Dupree was a member.

698.   Dr Greer is entitled to injunctive relief, declaratory relief, compensatory

damages, and punitive damages.

699.   As a proximate result of Defendants CoK, HPH, and HHSC action to

conspire together to deprive Dr Greer of his basic civil and human right against

forced sterilization, Dr Greer has suffered a needless life of sexual disability, Dr

Greer was poisoned causing life-threatening disabilities (dementia, heart failure,

post-polio), medical treatment for Dr Greer's disabilities has been refused, Dr

Greer is **Today** suffering from on-going forced elder sterilization (Elder Abuse)

and Dr Greer is slowing dying in severe pain from injuries inflicted by the severe

adverse tamsulosin reaction without medical treatment.

### SEVENTH CAUSE OF ACTION

### Violation of 42 U.S.C. § 1986

### (Failure to Prevent a Conspiracy to Deprive Rights)

### As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)

700.   Dr Greer repeats and realleges all preceding paragraphs in support of this

claim.

701.   HHSC, as a State entity, enjoys Eleventh Amendment immunity for its

Failure to Prevent Conspiracy to Deprive Rights Crimes.

702.   Defendants CoK, HPH, and HHSC (not claimed) violated 42 U.S.C. § 1986

by failing to meet their duty to prevent or aid in preventing conspiracies to deprive

Dr Greer's civil rights as stated above in section **Conspiracy to Deprive Rights**

above ¶ 680 to 698.

703.   Defendants CoK , HPH, and HHSC and their employees all had the power to

prevent or aid in preventing the conspiracy to deprive Dr Greer of his civil rights

by informing Dr Greer of his varicocele as the true cause of his sterility and, upon

discovery of the varicocele by Dr Greer, medically treating that varicocele and

sterility.

704.   Defendants CoK , HPH, and HHSC  failure to intervene, investigate, stop,

and correct the current on-going conspiracy of forced elder sterilization

(reproductive rights) of Dr Greer is a quintessential Section 1986 violation. The

conspiracy continues **Today**.

705.   Dr Greer is entitled to injunctive relief, declaratory relief, compensatory

damages, and punitive damages.

706.   As a proximate result of Defendants CoK , HPH, and HHSC failure to

prevent the conspiracy to deprive Dr Greer of his basic civil and human right

against forced sterilization, Dr Greer has suffered a needless life of sexual

disability, Dr Greer was poisoned causing life-threatening disabilities (dementia,

heart failure, post-polio), medical treatment for Dr Greer's disabilities has been

refused, Dr Greer is currently suffering from on-going forced elder sterilization

(Elder Abuse) and Dr Greer is slowing dying in severe pain from injuries inflicted

by the severe adverse tamsulosin reaction without medical treatment.

## STATE OF HAWAII CLAIMS

## EIGHT CAUSE OF ACTION

### Assault in the first degree (HI Rev Stat § 707-710)

### Actionable by Torts, who may sue and for what (HI Rev Stat § 663-1)

### As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)

707.   Dr Greer repeats and realleges all preceding paragraphs in support of this claim.

708.   HHSC, as a State entity, enjoys Eleventh Amendment immunity for its Felony Assault Crimes.

709.   Hawaii HI Rev Stat § 707-710 states:

>   *§707-710 Assault in the first degree. (1) A person commits the offense of assault in the first degree if the person intentionally or knowingly causes:*

>   *(a) Serious bodily injury to another person; or*

>   *(b) Substantial bodily injury to a person who is sixty years of age or older and the age of the injured person is known or reasonably should be known to the person causing the injury.*

>   *(2) Assault in the first degree is a class B felony.*

710.   Hawaii Torts, who may sue and for what (HI Rev Stat § 663-1) states:

>   *§663-1 Torts, who may sue and for what. Except as otherwise provided,*

*all persons residing or being in the State shall be personally responsible in damages, for trespass or injury, whether direct or consequential, to the person or property of others, or to their spouses or reciprocal beneficiaries, children under majority, or wards, by such offending party, or the offending party's child under majority, or by the offending party's command, or by the offending party's animals, domestic or wild; and the party aggrieved may prosecute therefor in the proper courts.*

711.  CoK, HPH, and HHSC have assaulted Dr Greer by:

1. Concealing forced childhood sterilization (left testicle).

2. Refusal to reverse forced childhood sterilization.

3. Illegal Prescription Poisoning of Dr Greer to complete the forced sterilization (right testicle).

4. Refusal to reverse forced elder sterilization.

5. Illegal tamsulosin Prescription Poisoning of Dr Greer which resulted in substantial bodily damage: traumatic brain injury (dementia, memory loss and insomnia), heart failure, vascular damage, eye damage, further testicular damage, digestive damage, lymphedema, and acute Post Polio nerve degeneration.

6. Failure to medically treat the substantial bodily damage caused by

the Illegal Prescription Poisoning.

7. Dr Greer is dying from the medically untreated bodily injuries

caused by the Illegal Prescription Poisoning.

712.   CoK, HPH, and HHSC assault was intentional with malice as the assault

continues with CoK, HPH, and HHSC full knowledge:

1. CoK, HPH, and HHSC knows the forced sterilization is reversible

with an 80% chance of full testicular recovery. The reversing medical

treatment, varicocele surgery, is being intentionally withheld (**past

and Today**) by CoK, HPH, and HHSC.

2. CoK, HPH, and HHSC knows that there is available medical

treatment for Dr Greer's injuries caused by the Illegal Prescription

Poisoning which is being withheld (**past and Today**) by CoK, HPH,

and HHSC.

713.   Dr Greer is entitled to injunctive relief, declaratory relief, compensatory

damages, and punitive damages.

714.   Dr Greer has suffered and is **Today** suffering from forced sterilization (a

federally protected civil and human right) and testicular pain. Dr Greer is dying in

pain from the Illegal Prescription tamsulosin Poisoning with medical treatment

refused.

# NINTH CAUSE OF ACTION

## Hawaii Discrimination in Public Accommodations (HRS §489)

## As to Defendants County of Kauai (CoK) and Hawaii Pacific Health (HPH)

715.   Dr Greer repeats and realleges all preceding paragraphs in support of this claim.

716.   HHSC, as a State entity, enjoys Eleventh Amendment immunity for Discrimination in Public Places crimes.

717.   Hawaii Discrimination in Public Accommodations (HRS §489) states:

> *"Unfair discriminatory practices that deny, or attempt to deny, a person the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of a place of public accommodation on the basis of race; sex, including gender identity or expression; sexual orientation; color; religion; ancestry; or disability, including the use of a service animal, are prohibited". HRS §489-3.*

718.   Hawaii's Discrimination in Public Accommodations (HRS §489) is less restrictive than RA or ACA requirements. Dr Greer meets the requirements for RA and ACA and therefore meets the requirements for HRS §489.

719.   Dr Greer was discriminated against, denied the full enjoyment of medical treatment to correct forced childhood sterilization, poisoned to complete the sterilization, denied medical treatment to reverse forced elder sterilization, and denied medical treatment for the bodily injuries caused by illegal prescription poisoning.

720.   The discrimination occurred in medical office building, open to the public, operated by HPH and HHSC, which are public accommodations.

721.   The discrimination continues **Today**.

722.   Dr Greer is entitled to threefold damages sustained for discriminatory conduct, intentional discrimination with deliberate indifference and malice as alleged herein pursuant to HRS §489-7.5.

723.   As a proximate cause of the unconstitutional acts of Defendants, Dr Greer suffered and continues to suffer from (correctable) forced sterilization, the SATR (and pending death), emotional and psychological suffering and is entitled to threefold damages sustained for discriminatory conduct

## **PRAYER FOR RELIEF**

724.   Plaintiff respectfully requests that this Court grant the following relief:

1. Enter declaratory judgments stating that:

a. County of Kauai (CoK) policies, procedures, and practices fail to insure an equal level of CoK services to 'Serve and Protect' is given to disabled persons as that given to non-disabled persons. CoK policies, procedures, and practices unlawfully discriminated against disabled persons, such as Dr Greer, in violation of the Americans with Disabilities Act Title II, the Rehabilitation Act, the Patient Protection and Affordable Care Act, Hawaii's Assault in the First Degree Law (§707-710), and Hawaii's Discrimination in Public Accommodations Law (HRS §489).

a2. CoK policies, procedures, and practices fail to provide 'equal protection of the laws' in violation of the Fourteenth Amendment.

a3. CoK policies, procedures, and practices fail to prevent and have allowed for civil conspiracies to deprive civil rights, in violation of 42 U.S.C. § 1985 'Conspiracy to Deprive Rights', and 42 U.S.C. § 1986 'Failure to Prevent a Conspiracy to Deprive Rights'.

b. Hawaii Pacific Health (HPH) policies, procedures, and practices fail to insure proper medical care (a standard of medical care) for disabled persons equal to the medical care given to non-disabled persons. HPH policies, procedures, and practices unlawfully discriminated against disabled persons, such as Dr Greer, in violation of the Americans with Disabilities Act Title III, the Rehabilitation Act of

1973, the Patient Protection and Affordable Care Act, Hawaii's Assault in the First

Degree Law (§707-710), and Hawaii's Discrimination in Public Accommodations

Law (HRS §489).

b2. HPH policies, procedures, and practices fail to prevent and have allowed

for civil conspiracies to deprive civil rights, in violation of 42 U.S.C. § 1985

'Conspiracy to Deprive Rights', and 42 U.S.C. § 1986 'Failure to Prevent a

Conspiracy to Deprive Rights'.

c. Hawaii Health Systems Corporation (HHSC) policies, procedures, and

practices fail to insure proper medical care (a standard of medical care) for

disabled persons equal to the medical care given to non-disabled persons. HPH and

HHSC policies, procedures, and practices unlawfully discriminated against

disabled persons, such as Dr Greer, in violation of the Rehabilitation Act of 1973

and the Patient Protection and Affordable Care Act.

2. Issue injunctions:

a. Forbidding CoK, HPH, and HHSC from committing discriminatory

crimes of Forced Sterilization because of discriminatory eugenic belief.

b. Forbidding  CoK from implementing policies, procedures, and practices

that deny services to 'Serve and Protect' for disabled persons equal to that given to

non-disabled persons, pursuant to the Americans with Disabilities Act Title II, the

Rehabilitation Act of 1973, the Patient Protection and Affordable Care Act,

Hawaii's Assault in the First Degree Law (§707-710), and Hawaii's Discrimination

in Public Accommodations Law (HRS §489).

c. Forbidding CoK from implementing policies, procedures, and practices

that violate the Fourteenth Amendment.

d. Forbidding CoK from implementing policies, procedures, and practices

that fail to prevent (allow for) civil conspiracies to deprive civil rights, pursuant to

42 U.S.C. § 1985 'Conspiracy to Deprive Rights', and 42 U.S.C. § 1986 'Failure to

Prevent a Conspiracy to Deprive Rights'.

e. Forbidding HPH from implementing policies, procedures, and practices

that deny proper medical care (a standard of medical care) for disabled persons

equal to the medical care given to non-disabled persons, pursuant to the Americans

with Disabilities Act Title III, the Rehabilitation Act of 1973, the Patient

Protection and Affordable Care Act, Hawaii's Assault in the First Degree Law

(§707-710), and Hawaii's Discrimination in Public Accommodations Law (HRS

§489).

f. Forbidding HPH from implementing policies, procedures, and practices

that fail to prevent (allow for) civil conspiracies to deprive civil rights, pursuant to

42 U.S.C. § 1985 'Conspiracy to Deprive Rights', and 42 U.S.C. § 1986 'Failure to

Prevent a Conspiracy to Deprive Rights'.

g. Forbidding HHSC from implementing policies, procedures, and practices that deny proper medical care (a standard of medical care) for disabled persons equal to the medical care given to non-disabled persons, pursuant to the Rehabilitation Act of 1973 and the Patient Protection and Affordable Care Act.

3. Award compensatory damages to the extent allowed by law, pursuant to Americans with Disabilities Act, the Rehabilitation Act, the Patient Protection and Affordable Care Act, the Fourteenth Amendment, 42 U.S.C. § 1985 'Conspiracy to Deprive Rights', 42 U.S.C. § 1986 'Failure to Prevent a Conspiracy to Deprive Rights', Hawaii's Assault in the First Degree Law (§707-710), and Hawaii's Discrimination in Public Accommodations Law (HRS §489).

4. Award threefold damages sustained, pursuant to HRS §489-7.5.

5. Consider additional further punitive damages against CoK, HPH, and HHSC do to the particular heinousness of the crime; depriving Dr Greer of his basic civil and human right against forced sterilization, a felony assault crime that began as child sexual abuse that has continued in time to sexual elder abuse because of discriminatory eugenic belief that Dr Greer is disabled with polio, considered an imbecile that should not breed.