AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DONALD S. GREER,<br><br>    Plaintiff,<br><br>    V.<br><br>COUNTY OF KAUAI; HAWAII PACIFIC HEALTH; HAWAII HEALTH SYSTEMS CORPORATION,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: 1:25-CV-00296-JMS-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>**Jan 28, 2026, 3:16 pm**<br>LUCY H. CARRILLO, CLERK OF COURT |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS, ECF NOS. 22, 23, AND 26," ECF No. 37, filed on January 28, 2026. The court GRANTS Defendants' Motions, ECF Nos. 22, 23, and 26, and DISMISSES Greer's Complaint against all Defendants with prejudice. This is the third federal action Greer has brought based on the same common nucleus of facts. Greer is warned that the filing of any additional suit in a federal district court based on the same facts (which would be barred as set forth in this Order) may subject him to sanctions, including attorney's fees or costs (or both), and designation as a vexatious litigant. The Clerk shall close the case.

| | |
|---|---|
| January 28, 2026 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |